**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

S.P., *et al.*,

     Plaintiffs,

     v.

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

Civil Action No. _____

## MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, plaintiffs S.P., Martin

Plissner and Susan Morrison, as next friends of S.P., respectfully request that this Court issue

injunctive relief mandating that defendants allow S.P. to graduate on June 13, 2007. The

grounds for this motion appear in the accompanying Memorandum of Points and Authorities and

accompanying exhibits.

WHEREFORE, plaintiff respectfully request that this motion be granted.

Respectfully Submitted,

Michael J. Eig #912733
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, MD 20815
(301) 657-1740

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

S.P., *et al.*,

     Plaintiffs,

     v.

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

Civil Action No. _____

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rules 65(a) and (d) of the Federal Rules of Civil Procedure, plaintiffs S.P.,

Martin Plissner and Susan Morrison, as next friends of S.P., respectfully request that this Court

issue injunctive relief mandating that defendants allow S.P. to graduate on June 13, 2007. The

grounds for this motion appear in the accompanying Memorandum of Points and Authorities and

accompanying exhibits.

     WHEREFORE, plaintiff respectfully request that this motion be granted.

          Respectfully Submitted,

          _____
          Michael J. Eig    #012733
          Haylie M. Iseman    #14782
          Michael J. Eig and Associates, P.C.
          5454 Wisconsin Avenue,  Suite 760
          Chevy Chase, MD 20815
          (301) 657-1740

          Matthew B. Bogin    #911552
          77 South Washington Street
          Rockville, Maryland 20850
          (301) 251-4410

          *Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| S.P., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. _____ |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFFS' MOTIONS FOR INJUNCTIVE RELIEF**

In this case, injunctive relief is necessary to prevent irreparable injury to a disabled child and to protect her rights under the Rehabilitation Act of 1973 ("Section 504") and the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* After affording reasonable accommodations to S.P.'s education for four years, pursuant to Section 504, District of Columbia Public Schools ("DCPS") officials seek to rescind retroactively those accommodations and prevent S.P. from graduating from high school on June 13, 2007, despite the fact that she has met all the requirements imposed by DCPS. Plaintiffs are requesting injunctive relief in the form of an Order requiring DCPS to issue S.P. her diploma on time.

I.    FACTUAL BACKGROUND[1]

S.P. is an eighteen-year-old student who has attended School Without Walls, a DCPS school, throughout her entire high school career. Because she was having academic difficulties prior to her enrollment at School Without Walls, a psychological evaluation was performed in September of 1999 **Exhibit 1**. She was found to have attentional problems and "difficulties...in

---

[1]    Plaintiffs hereby incorporate the Factual Allegations of the Complaint filed in this action simultaneously with this Motion as if included herein.

her understanding and execution of language." Additionally she had "highly superior nonverbal reasoning skills." **Exhibit 1**, pp. 7-8.

In September of 2003, S.P. began high school at the School Without Walls. She had continued academic difficulties, and in February of 2004, her parents commissioned an updated psychological evaluation. **Exhibit 2**. ("Stixrud Report"). Sara was diagnosed with a Language Disorder and Attention-Deficit/ Hyperactivity Disorder. **Exhibit 2**, p. 9.

The Stixrud report, which recommended that S.P. receive special education services pursuant to an Individualized Education Plan under the Individuals with Disabilities Education Act ("IDEA"), was shared with the school. However, on May 11, 2004, the Multidisciplinary Team charged with making those decisions determined that S.P. was not eligible for services under the IDEA, but instead was eligible for services under Section 504. **Exhibit 3**. A "504 Plan" was developed for her. **Exhibit 4.**

As part of the accommodations provided, the foreign language requirement for graduation was waived.[2] *Declaration of Susan Morrison*, ("Morrison Declaration"), ¶ 10 S.P.'s entire course of study was arranged around that waiver, which was noted on each transcript as "Exempt from Foreign Language." **Exhibits 5 and 6**.[3] At the direction of school officials, S.P.'s guidance counselor assisted her with developing a schedule each quarter that would ensure she had sufficient additional courses to make up for the credits typically earned in foreign language courses. Morrison Declaration, ¶ 11. S.P.'s transcript indicates that she is on target to graduate in

---

[2] The graduation requirement is 2 Carnegie units in foreign language. 5 D.C.M.R. § 2203(b)(1).

[3] These transcripts should be compared with one prepared in February of 2004, **Exhibit** , which still shows that a foreign language is required.

June of 2007. **Exhibit 6.**

In March of 2007, School Without Walls officials orally notified Ms. Morrison and Mr.

Plissner that, because of a decision made "downtown" based on some inadequacy in paperwork,

S.P. would not graduate because she had not met the language requirement. *Morrison*

*Declaration,* ¶ 15.

**III.    THE PLAINTIFF IS ENTITLED TO INJUNCTIVE RELIEF UNDER THE TRADITIONAL TEST
FOR INJUNCTIVE RELIEF.**

Plaintiffs meet the traditional standards for injunctive relief as set out in *Virginia*

*Petroleum Jobbers Ass'n v. Federal Power Commission,* 259 F.2d 921, 925 (D.C. Cir. 1958); *see*

*also Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc.,* 559 F.2d 841,

843 (D.C. Cir. 1977):

    a.    Has the petitioner made a strong showing that it is likely to prevail on the merits?
    b.    Has the petitioner shown that without such relief it will suffer irreparable injury?
    c.    Would the issuance of the injunction substantially harm other interested parties?
    d.    Wherein lies the public interest?

Based on these standards, the plaintiffs' motion should be granted.

**A.    The Plaintiff Has Demonstrated a Likelihood of Success on the Merits.**

The likelihood of success on the merits in this case is very high.  DCPS agreed that S.P. is

(and was) eligible for services under Section 504, and thus there is no dispute that she is a

"qualified individual with a disability" pursuant to 29 U.S.C. § 794(a) and 42 U.S.C. § 12131(2).

There is also no dispute about the scope of her accommodations; for three years all agreed that

waiving the language requirement was reasonable and noted as such in her transcripts.  It is hard

to imagine a case with a higher probability of success than this, where defendants provided

accommodations and then penalized S.P. because she used them.

-4-

Section 504's implementing regulations require defendants to provide "nonacademic and extracurricular activities such as graduation ceremonies, in a manner that affords students with disabilities an equal opportunity to participate." *Capistrano Unified School District*, 38 IDELR 136 (2002), *citing* 34 C.F.R. §104.37  The ADA is even more clear:

> No qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity.

42 U.S.C. § 12132.  Here it is clear that because of her language disability, and her decision to accept the accommodations provided her by her DCPS school, S.P. is being prevented from graduating and thus is being denied the benefits of defendants' educational program.

Furthermore, neither S.P. nor her parents ever have received any of the information regarding the change in S.P.'s status in writing. This is a violation of DCPS' regulations, which requires that "[e]ach adult student, or the parent or guardian of a minor student, shall be informed in writing not later than ten (10) days after the close of the third (3rd) advisory period of the student's graduation status." 5 D.C.M.R.§§ 2204.1 and 2204.2.  The third advisory period closed on March 23, 2007. **Exhibit 8**.  No written notice was ever received. *Morrison Declaration,* ¶18.

Given the clear violations of Section 504[4], the ADA and the DCMR, there is a great probability of success on the merits.

**B.    Irreparable Harm Will Occur Absent Injunctive Relief.**

In *Cox v. Brown*, 498 F. Supp. at 828-29, which was case under the IDEA, this Court

---

[4]    Given the short amount of time before June 13th, there is no viable administrative process which could afford the requested relief.  Moreover, defendants have not suggested that plaintiffs pursue any administrative process.

concluded that depriving a child of one day of an appropriate education is sufficient to find

irreparable injury:

> Parents, as guardians of their children and protectors of their emotional, physical,
> and educational well-being, have the duty, responsibility, and right to demand
> nothing less than their children receive the fullest measure of education
> appropriate to their particularized needs, in accordance with the law. . . . [A]bsent
> injunctive relief, [their children] will suffer the irreparable harm of lacking each
> day of their young lives an appropriate education.

*Id.* at 829. It is thus axiomatic that if Congress thought it important enough to pass a statute to

protect a disabled child's rights to education, then depriving a child of that right is sufficiently

irreparable to warrant injunctive relief.

Furthermore, the DCPS solution to date has been to suggest that S.P. take two years of

foreign language courses over the next two years, and then receive her diploma. However, based

on her success at School Without Walls, S.P. has been accepted into the Corcoran School of Art

and Design and is due to matriculate in the fall, assuming she has received her high school

diploma. *Morrison Declaration*, ¶ 19. A two-year delay will jeopardize that opportunity and set

her years behind. The DCPS lack of acknowledgment of the impact of this "solution" is

fundamentally troubling, as it exhibits an apparent indifference to the passage of time in the life

of a disabled child. As this Court instructed these school officials a generation ago, considering

the significant impact that even a brief educational delay has on a young child:

> Any agency whose appointed mission is to provide for the education and welfare
> of children fails that mission when it loses sight of the fact that, to a young,
> growing person, time is critical. While a few months in the life of an adult may be
> insignificant, at the rate at which a child develops and changes, especially one at
> the onset of biological adolescence with or without special needs like those of our
> plaintiff, a few months can make a world of difference in the life of that child.

*Foster v. District of Columbia Bd. of Educ.*, EHLR 553:520 (D.D.C. 1982) (citations omitted);

*see also Davis v. District of Columbia Bd. of Ed.*, 522 F. Supp. 1102, 1111 (D.D.C. 1981) ( "[A month lost in the life of a child is forever lost, an 'eternity' . . . .").

Furthermore, S.P.'s foreign language requirements was waived initially because of a language disorder that would make the study of foreign languages particularly difficult. Irreparable harm will occur if she is now asked to put college on hold for two years to spend her time attempting to master a foreign language despite her documented disability which was accepted by the school.

**C.      There is No Harm to the School System.**

Granting plaintiffs injunctive relief will result in no harm to defendants, since S.P. has completed all of the other requirements for graduation, including earning sufficient credits and a passing GPA. Furthermore, until spring of 2007, everyone at School Without Walls, a DCPS school, believed that S.P. would be graduating in June along with her class. It was only an arbitrary decision made by the "downtown" office that resulted in the change of position three months before graduation.

**D.      The Public Interest Favors the Granting of Injunctive Relief.**

It is in the public's best interest that the government fulfill its legal obligations to its citizens. The public interest is always served when governmental officials act in accordance with the law. The requested injunction does nothing more than assure that S.P. graduates from high school based on her effort and accomplishments over the past four years.

V.    CONCLUSION.

Plaintiffs respectfully request that this motion for a Preliminary Injunction be granted,

and that DCPS be ordered to issue S.P. a high school diploma on June 13, 2007.

<div style="margin-left: 40%;">

Respectfully Submitted,

Michael J. Eig    #912733
Haylie M. Iseman        #14782
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue,  Suite 760
Chevy Chase, MD 20815
(301) 657-1740

Matthew B. Bogin        #911552
77 South Washington Street
Rockville, Maryland 20850
(301) 251-4410

*Counsel for Plaintiffs*

Counsel for Plaintiffs

</div>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

S.P., *et al.*,

      Plaintiffs,

      v.

DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

Civil Action No. _____

## CERTIFICATE PURSUANT TO LCvR 65.1

Pursuant to LcvR 65.1, notice of the application for a temporary restraining order and

copies of all pleadings and papers have been furnished by facsimile to Donna Whitman Russell,

Esq., Office of the General Counsel of the District of Columbia Public Schools and Office of the

Attorney General of the District of Columbia on _____, 2007 at _____

o'clock __.M.

Respectfully Submitted,

_____
Michael J. Eig          #912733
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, MD 20815
(301) 657-1740

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

S.P., *et al.*,

      Plaintiffs,

      v.                          Civil Action No. _____

DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

**ORDER**

      Upon consideration of plaintiff's Motion for a Temporary Restraining Order, it is by the

Court this _____ day of _____, 2007, hereby

      ORDERED, that, defendants violated the he Rehabilitation Act of 1973 ("Section 504"),

29 U.S.C. § 794; the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101; 42 U.S.C. §§

1983 ("Section 1983") and 1988 ("Section 1988"), by failing to enforce the reasonable

accommodations on S.P.'s 504 Plan ; and it is

      ORDERED, that DCPS must issue S.P. a diploma on June 13, 2007 along with the rest of

her class; and it is

      FURTHER ORDERED, that since defendants will suffer no financial injury from the

granting of said motion, the requirement of a bond is waived.

_____
      Date

                              _____
                              United States District Judge

-1-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

S.P., *et al.*,

     Plaintiffs,

     v.                                              Civil Action No. _____

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

**ORDER**

    Upon consideration of plaintiff's Motion for Preliminary Injunction, it is by the Court this

_____ day of _____, 2007, hereby

    ORDERED, that, defendants violated the he Rehabilitation Act of 1973 ("Section 504"),

29 U.S.C. § 794; the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101; 42 U.S.C. §§

1983 ("Section 1983") and 1988 ("Section 1988"), by failing to enforce the reasonable

accommodations on S.P.'s 504 Plan ; and it is

    ORDERED, that DCPS must issue S.P. a diploma on June 13, 2007 along with the rest of

her class; and it is

    FURTHER ORDERED, that since defendants will suffer no financial injury from the

granting of said motion, the requirement of a bond is waived.

_____                    _____
       Date                                                    United States District Judge

-1-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

S.P., *et al.*,

     Plaintiffs,

     v.

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

Civil Action No. _____

**DECLARATION OF SUSAN MORRISON**

    1. I am the mother of S.P., and make this Declaration on her and my behalf, as requested by my attorneys.

    2. S.P. is eighteen-years-old and a senior at School Without Walls.

    3. S.P. has twice been evaluated by William Stixrud and Associates, a private psychoeducational firm in Silver Spring, Maryland. In both 1999 and 2003, she was found to have attentional problems and"difficulties . . . in her understanding and execution of language." Additionally, she had "highly superior nonverbal reasoning skills."

    4. The Stixrud Reports diagnosed S.P. with a Language Disorder and Attention Deficit/Hyperactivity Disorder.

    5. In September of 2003, S.P. began high school at the School Without Walls, a District of Columbia public school.

    6. The Stixrud Reports, which recommended that S.P. receive special education services pursuant to an Individual Educational Program ("IEP"), were shared with staff from the School Without Walls.

    7. Because of her disabilities, especially the language disability, defendants adopted the

recommendation in The Stixrud Reports to waive the foreign language requirement for high school graduation.

8. On May 11, 2004, a Multidisciplinary Team from School Without Walls determined, along with my husband and me, that S.P. would not receive an IEP but would be eligible for services and accommodations under Section 504 of The Rehabilitation Act of 1973.

9. Since May of 2004, S.P. has been educated pursuant to a 504 plan, as a student eligible for services under section 504.

10. The foreign language waiver was agreed to by plaintiffs and defendants in the spring of 2004, S.P's freshman year.

11. S.P.'s high school course of study was conducted pursuant to the foreign language waiver, which was consistent with the modifications called for in her section 504 plan..

12. After the spring of 2004 meeting, S.P.'s schedules, transcripts and report cards which plaintiffs received from defendants indicated that the foreign language requirement had been waived.

13. S.P's guidance counselor assisted her with developing a schedule each year that would ensure she had sufficient additional courses to make up for the credits typically earned in foreign language courses.

14. S.P.'s official transcript indicates that she is on target to graduate in June 2007.

15. In late March of 2007, staff from School Without Walls notified me and my husband that, because of a decision made "downtown" based on some inadequacy in paperwork, S.P. was in jeopardy of not graduating because she had not met the foreign language requirement.

16. High school graduation at School Without Walls is scheduled for June 13, 2007.

17.  Defendants have now orally notified us that S.P. is required to make up the two years of foreign language credits before she will be issued a diploma.

18.  Defendants have never provided S.P. or me and my husband with a written notice that S.P. is in jeopardy of not graduating because of an absence of foreign language credits.

19.  Without a high school diploma, S.P. will not be able to matriculate at the Corcoran College of Art and Design, where she intends to enroll in the fall of 2007, after receiving her high school diploma.

20.  My husband and I have attempted to resolve this problem with school officials over the past months, but, besides being told time and again that the system representatives are sorry and that this is unfair to S.P. and to us, nothing has been offered or suggested that will allow S.P. to graduate in June.


**I DECLARE SUBJECT TO THE PENALTIES THAT THE FOREGOING IS TRUE AND CORRECT.**

Susan Morrison

Date  5/18/07

-3-

# William Stixrud, Ph.D., and Associates LLC

8720 Georgia Avenue
Suite 300
Silver Spring, Maryland 20910
(301) 565-0534

## PSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **NAME:** | **SARAH PLISSNER** |
| **DOB:** | **OCTOBER 8, 1988** |
| **DATE(S) TESTED:** | **SEPTEMBER 15 and 20, 1999** |
| **CHRONOLOGICAL AGE:** | **10 YEARS, 11 MONTHS** |
| **EVALUATED BY:** | **LISA A. MARTIN, PH.D.** |

### REASON FOR REFERRAL

Sarah was seen for neuropsychological evaluation at the request of her parents due to concern about her great difficulty with attention in school, as evidenced by her reported trouble with following through on projects and completing her work in an efficient manner. In addition, Sarah apparently struggles in the area of reading and frequently does not retain information that she has read. Her parents also expressed much worry about her social relationships, as she does not appear to have many close friends. Testing was requested at this time to assess Sarah's learning and academic abilities and to generate recommendations regarding her educational needs. Her parents are interested in determining the appropriate types of interventions that will help their daughter to become a more successful and independent reader and worker.

### BACKGROUND INFORMATION

Sarah is currently in the fifth grade at John Eaton Elementary School, which she has attended since third grade. Previous to this, Sarah was enrolled in a bilingual (Spanish) program at Oyster School for her kindergarten through third grade year. However, she reportedly struggled with the language demands of a bilingual curriculum, and it was decided that she would be more appropriately placed in a traditional classroom setting. When Sarah began John Eaton, she repeated third grade in order to give her an opportunity to learn the material that she had missed during her previous years. In addition, given her October birthday, Sarah was younger than many of the children in her class.

Sarah was adopted at the age of 1 ½, along with her 3-year-old biological sister. The children were put up for adoption when their biological parents divorced, and they lived in a foster care home for six months before being adopted by the Plissners. Sarah has a history of difficulties with language skills. As a toddler, she was described as a late talker who had trouble with speech articulation. In 1993 she was diagnosed with a moderate expressive language delay accompanied by a mild phonological delay. Therapy was received through Children's Hearing and Speech Center at Children's Hospital from May, 1993 through August, 1993 and was discontinued due to progress that was made. Sarah received speech/language therapy at Oyster Elementary School from 1993/1994 while attending kindergarten. An August, 1994 evaluation documented mild expressive language delays and a mild to moderate phonological delay, and speech-language therapy was resumed at the Hearing and Speech Center from December, 1994 through December, 1995. On her most recent speech and language evaluation, conducted by the same center, Sarah was described as functioning within

William R. Stixrud, Ph.D.
Robert L. Mapou, Ph.D. A.B.P.P.
Susan C. Jenkins, Ph.D.
Elliot Blumenstein Psy.D.
Kathleen P. Atmore Psy.D.
Adele C. Green, Ph.D.
Wendy A. Law, Ph.D.
Lisa A. Martin, Ph.D.
Steven C. Guy, Ph.D.
Robert F. Chase, Ph.D.
Patricia H. Papero. Ph.D.
Susan W. Hammond, Ph.D.
Susan S. Gerson, Ph.D.
Susannah P. Kury, Ph.D.
Elaine D. Book, M.Ed.
Shannon M. Cotter, M.S.
James F. Hunington, M.A.
David I. Jackson, B.S.

- Neuropsycholgical Evaluation

- Academic Training

- Child and Family Therapy

- Neurofeedback Therapy

EXHIBIT
1

Psychological Evaluation
Re: Plissner, Sarah
Page 2

normal limits in all speech and language areas, and direct speech language therapy services were not recommended. Her father, noted, however, that Sarah continues to slur certain consonants and to talk at a very quick speed.

On her final fourth grade report card, Sarah was rated as performing "on level" in reading and mathematics. Her grades ranged from the 'satisfactory' to 'excellent' range, and particular strengths were noted in word attacks skills, group participation, and math computation. She was described as a very pleasant and cooperative girl who was a pleasure to have in the class. In spite of a lack of concern on the part of her teacher, Sarah's parents expressed a strong belief that their daughter is not working up to her potential. They expressed particular concern about her inability to focus and to follow her tasks through to completion. In addition, Mr. Plissner noted that Sarah frequently appears unable to grasp abstract concepts and does not understand cause-and-effect relationships. On the *Achenbach Child Behavior Checklist*, completed by her parents, Sarah was described as a cheerful, artistic, and creative child who possesses a great sense of humor. It was noted that Sarah particularly enjoys drawing and building and is highly creative when producing various projects. Socially, Sarah was characterized as tending to enjoy spending time by herself and as not having many close friends. As stated by her father, Sarah's best friend moved to Chicago, and she does not have many opportunities to play with the children from school. Sarah's parents' ratings of her behavior yielded mild concerns in the area of attention.

## MEDICAL, DEVELOPMENTAL, AND FAMILY HISTORY

Specific information regarding Sarah's prenatal history is not known, as she was adopted at the age of 1 ½ years. There is no reported history of serious illness or hospitalizations, and she does not take any medications on a regular basis. As noted above, Sarah was slow to talk and had difficulty with articulation, for which she received speech therapy.

Sarah lives with her parents and her twelve-year-old sister.

## TESTS ADMINISTERED

*The Wechsler Intelligence Scale for Children - Third Edition (WISC-III)*
*Boston Naming Test*
*Controlled Oral Word Association Test*
*Automatic Verbal Sequencing*
*Lindamood Auditory Conceptualization Test (LACT)*
*Selective Reminding Test*
*Integrated Visual and Auditory Continuous Performance Test (IVA)*
*Cancellation of Target Items*
*Wisconsin Card Sorting Test*
The *WJ-R Tests of Achievement* in reading, mathematics, and written language.
*Achenbach Child Behavior Checklist*
*Incomplete Sentences*
*Child Depression Inventory*
*Clinical Interview*

Selected subtests from the:
*Woodcock-Johnson Psychoeducational Battery - Revised (WJ-R) Tests of Cognitive Ability*
*Clinical Evaluation of Language Fundamentals - Revised (CELF-R)*
*Wide Range Assessment of Memory and Learning (WRAML)*
*Oral and Written Language Scales (OWLS)*
*Test of Language Competence - Expanded Edition (TOLC-E:2)*

Psychological Evaluation
Re: Plissner, Sarah
Page 3

## BEHAVIORAL OBSERVATIONS

Sarah presented as a sweet, cooperative, and happy child who was very motivated and eager to participate. She enjoyed chatting about various experiences and sharing her thoughts. It was noted, however, that her articulation was unclear, and it was often difficult to understand what she was saying. Sarah approached the testing in a very kinesthetic manner, for example, she frequently used the materials as props to explain her meaning and liked to see and feel the various components. This was perhaps a way for her to compensate when she did not know the precise "label" for what she was trying to say. Sarah appeared to particularly enjoy the puzzles and exclaimed, "I love puzzles!" On the second day of testing, when working with a male examiner, Sarah was initially somewhat shy. As the session progressed, however, she became much more relaxed and freely expressed her opinions. In light of her full cooperation and motivation, the test results are believed to reflect an accurate estimate of Sarah's current levels of ability and performance.

## INTELLIGENCE TEST RESULTS

On the *WISC-III*, Sarah earned a Verbal IQ score of 99 (Average range; 47th percentile) and a Performance IQ score of 131 (Highly Superior range, 98th percentile). The 32-point difference between her Verbal and Performance IQ scores is statistically significant, and it reflects a wide discrepancy between her highly superior nonverbal abilities and her more average range skills in the areas of verbal comprehension and expression. A Full Scale IQ score is not being reported, as it would represent a meaningless averaging of her disparate abilities. Such profiles are often found in youngsters with language weaknesses. It should be noted that Sarah's Performance IQ score was lowered by a weak score on a graphomotor test, and that her Perceptual Organization Index score of 136 (Highly Superior range; 99th percentile) is a more accurate reflection of her visual/perceptual and visual/organizational skills.

The *WISC-III* subtest scores are reported below.

| VERBAL TESTS | Scaled Score | Percentile Rank | PERFORMANCE TESTS | Scaled Score | Percentile Rank |
|---|---|---|---|---|---|
| Information | 8 | 25 | Picture Completion | 15 | 95 |
| Similarities | 12 | 75 | Coding | 9 | 37 |
| Arithmetic | 9 | 37 | Picture Arrangement | 19 | 99.9 |
| Vocabulary | 9 | 37 | Block Design | 17 | 99 |
| Comprehension | 11 | 63 | Object Assembly | 13 | 84 |
| (Digit Span) | 7 | 16 | | | |

On the Verbal Scale, which measures verbal comprehension and expression, Sarah scored highest on a measure of verbal abstract reasoning which required her to explain relationships between objects or concepts (75th percentile). She earned average range scores on measures of social reasoning skills, as assessed by her ability to explain the logic of daily occurrences (63rd percentile), and vocabulary skills, as measured by her skill at defining words (37th percentile). It was noted that Sarah had some difficulty with providing precise answers. She scored at the low end of the average range on a measure of factual information (25th percentile), as she was unable to recall more advanced facts about the world around her. Sarah also earned an age-appropriate score on a measure of mental arithmetic (37th percentile). She had the most difficulty when asked to repeat a series of numbers both forward and backwards (16th percentile), a measure of auditory attention and "working memory" - a term which refers to the processes involved in holding information "on line" while carrying out a task - and her low score suggests vulnerability in these areas.

On the Performance Scale, which measures nonverbal reasoning, visual-perception, and visual-motor skills, Sarah excelled on a temporal sequencing task which required the her to arrange a series of cartoon pictures into the correct sequence to tell a logical story (99.9th percentile). She also performed exceptionally well on a block design copying task measuring nonverbal abstract reasoning and visual-spatial organization (99th percentile). As noted above, Sarah particularly enjoyed constructing the puzzles (84th percentile). Although she performed well on this measure, her

Psychological Evaluation
Re: Plissner, Sarah
Page 4

score was lowered by attentional/careless errors. Sarah also demonstrated very well-developed alertness to visual detail, as assessed by her ability to identify missing features in pictures (95th percentile). Although it did not affect her score, it was notable on this measure that Sarah frequently misused words or was unable to come up with a specific label, e.g., she referred to a 'dresser' as a 'door'; 'veins' on a leaf as 'crunchy things''; and frequently referred to objects as "those things". Sarah scored significantly lower on a graphomotor test which required her to copy symbols on a timed basis (37th percentile). In my experience, even relatively low scores on this measure are commonly associated with a dislike for handwriting and with slow written output.

## NEUROPSYCHOLOGICAL TEST RESULTS

### Verbal Information Processing

As noted above, testing of **word knowledge** indicated average ability to define words (37th percentile). She scored somewhat higher on the *WJ-R Oral Vocabulary* subtest, on which she was asked to generate antonyms and synonyms to given words (71st percentile), perhaps owing to the less complex demands for elaborate verbalization. These results indicate age-appropriate understanding of word meanings and word relationships.

In the area of **verbal comprehension**, Sarah's scores were consistently weak. She scored at the 9th percentile on the *DTLA-2 Oral Directions* subtest, a test which requires following multiple-step directions in a pencil-and-paper format. Likewise, Sarah scored at the 16th percentile on the *Oral and Written Language Scales (OWLS) Listening Comprehension* subtest, which assesses ability to comprehend and infer meaning from spoken statements. These results suggest significant weakness in Sarah's ability to understand and to act on verbally presented information. In addition, the findings reflect, in part, difficulty with working memory, consistent with the previously reported findings. They also imply that Sarah is likely to be confused by semantically and/or syntactically complex language.

In the **verbal expression/production** domain, Sarah's performance was variable. She was entirely accurate on a test of *automatic verbal sequencing* and was able to recite the alphabet, the days of the week, and the months of the year. Sarah also performed very well on the *CELF-R Word Associations* subtest (91st percentile), which requires rapidly generating items within specific categories (e.g., animals). In sharp contrast, she scored at the 24th percentile when asked to quickly generate words beginning with specific letters on the *Controlled Oral Word Association Test (COWAT)*. The discrepancy between these scores suggests that Sarah is better able to organize, classify, and retrieve information when provided with specific categories. Her performance on the *Boston Naming Test*, a picture naming task, substantiated significant word retrieval difficulties. For example, she referred to a 'hammock' as a 'harmonica' and to a 'rhinoceros' as a 'rhi something'. Moreover, Sarah struggled markedly on the *TOLC-E:2 Oral Expression* subtest, which assesses the ability to formulate sentences from target words (5th percentile), and it was noted that her sentences were awkwardly phrased and frequently illogical. These findings suggest that Sarah experiences significant difficulty finding and sequencing words for precise self-expression.

**Phonological awareness** was assessed with the *Lindamood Auditory Conceptualization Test (LACT)*, which measures a child's understanding of the individual sounds that make up words by requiring her to represent specific sounds with colored blocks. Sarah earned a total converted score of 100, which corresponds to a recommended minimum score for the fifth grade year of 86 -- indicating a significant strength in the auditory area that is most associated with mastering phonetic relationships.

Sarah's performance on tests of **verbal learning and memory** indicated vulnerabilities in these areas as well. She scored at the 5th percentile on the *WRAML Sentence Memory* subtest, which demands verbatim sentence repetition, and at the 37th percentile on the *WRAML Story Memory* subtest, which requires her to retell short stories. These results indicate modest ability to comprehend and "hang onto" orally presented information and a stronger performance when provided with more contextual cues, such as a story line. Sarah struggled markedly on the *Selective Reminding Test*, which requires memorizing a list of words over several trials. She scored at the 13th percentile for her ability to quickly store the words in long-term memory and at the 21st percentile for her ability to consistently retrieve the words once stored. These scores indicate significant weakness in her deliberate memorization skills, which places

Psychological Evaluation
Re: Plissner, Sarah
Page 5

her at risk for trouble committing other forms of arbitrary information to memory.

## Nonverbal Information-Processing

Testing of **visual-perception, visuo-construction, and visual memory** yielded highly variable functioning. As noted above, Sarah scored at the 99th percentile on the *WISC-III* block design task and at the 84th percentile on the *WISC-III* puzzle assembly measure. She also scored highly on the *WJ-R Spatial Relations* subtest, which requires selecting the necessary pieces for "mental assembly" of two-dimensional designs without any physical manipulation (88th percentile). In contrast, Sarah had great difficulty with her hand-drawn copy of the *Rey-Osterrieth Complex Figure*, a complicated geometric design, and her score placed her significantly below average. Likewise, when asked to reproduce the drawing thirty minutes later, her score was very weak. While this finding may indicate weakness in visual memory, it is probable that it reflects the disorganized manner in which she initially processed the design.

**Motor testing** with the *Klove Grooved Pegboard*, a measure of manual dexterity and speed, yielded rapid and efficient performance bilaterally. Sarah is left hand dominant.

## Attention/Executive Functioning

Testing of **attention** revealed some significant challenges in this area. Sarah earned strong scores on the *WJ-R Cross-Out* (98th percentile) and *Visual Matching* (87th percentile) subtests, two brief, highly structured tests of visual search and scanning. On *Cancellation of Target Items*, a relatively unstructured measure of visual search efficiency, Sarah performed successfully on two out of the three subtests. On the third subtest, however, she worked at a very quick pace and committed numerous errors of omission. Difficulties with attention were more apparent in Sarah's performance on the *IVA*, a 13-minute very demanding computerized test of sustained visual and auditory attention. While she scored in the average range on the standardized measure of attention, her Full Scale Response Control Quotient score, a measure of impulsivity, was relatively low (16th percentile). These scores suggest that Sarah may struggle in the area of impulse control and may have a difficult time inhibiting off-task types of behavior. Although the above scores, along with the parent and teacher reports, are not entirely consistent with an Attention Deficit Disorder per se, they indicate inefficiencies in the regulation of attention that would help to explain some of Sarah's difficulty with rapid output of work and with efficient task completion. An important factor to consider is that attention problems are very easy to miss in attractive, bright, and cooperative girls like Sarah. As such, I would suggest continued monitoring of her performance as she advances through school to ascertain whether she is struggling inordinately to remain on task and to efficiently complete her assignments.

Weakness was also evident in the related area of **executive functioning**, which refers to the mental organizational and control processes associated with generating, implementing, monitoring, and revising strategies and plans of action. As noted above, Sarah showed vulnerability in the area of working memory, a key component of executive functioning, as plans, strategies, and intentions must be held in working memory while being carried out (e.g., *WISC-III Digit Span* subtest, *Oral Directions* subtest). Organizational weaknesses were also indicated by her inability to effectively copy a complicated geometric design, described above. In addition, executive difficulty was evidenced by Sarah's trouble with strategic organization and retrieval of information (e.g., on the *Selective Reminding Test*, and the *Controlled Oral Word Association Test*). Sarah earned a modest score on the *Wisconsin Card Sorting Test*, a concept formation task which assesses the ability to discover the changing rules for classifying a set of cards. Her performance suggested difficulty with flexible thinking.

Testing of **concept formation and reasoning** yielded average to above average results. As noted above, Sarah earned an average score on the *WISC-III* measure of common-sense reasoning (63rd percentile) and an above average score on the *WISC-III* verbal abstract reasoning test (75th percentile). She also earned an age-appropriate score on the *WJ-R Concept Formation* subtest, which requires the utilization of simple concepts (color, shape, number) to solve logical categorization problems (56th percentile). Sarah earned a significantly above average score on the *WJ-R Verbal Analogies* subtest, which assesses analogical reasoning skill (84th percentile). Overall, these findings suggest age-appropriate practical reasoning skills and more advanced ability to engage in abstract reasoning.

Psychological Evaluation
Re: Plissner, Sarah
Page 6

## ACADEMIC ACHIEVEMENT

An assessment of academic achievement was completed using the *WJ-R Tests of Achievement*. Scaled scores, percentiles, and grade-equivalents were as follows:

|  | Standard Score | Percentile Rank | Grade Equivalent |
|---|---|---|---|
| **Broad Reading** | 93 | 33 | 4.3 |
| Letter-Word Identification | 94 | 33 | 4.4 |
| Passage Comprehension | 94 | 34 | 4.2 |
| Word Attack | 118 | 89 | 14.4 |
| **Broad Written Language** | 83 | 13 | 3.4 |
| Dictation | 85 | 16 | 3.3 |
| Writing Sample | 91 | 27 | 3.6 |
| **Broad Mathematics** | 103 | 58 | 5.8 |
| Calculation | 108 | 69 | 6.2 |
| Applied Problems | 99 | 48 | 5.4 |

In the area of <u>reading</u>, Sarah displayed strongly developed phonetic decoding skills, as measured by her ability to sound out nonsense words (89th percentile). This is consistent with her performance on the *LACT*, discussed above, and indicates well-developed word attack skills. In contrast, Sarah scored below grade level on measures of reading comprehension skills, as assessed by her performance on a task requiring the insertion of missing words to demonstrate understanding of short reading passages (34th percentile), and word identification (33rd percentile). These results indicate that while Sarah possesses strongly developed phonetic decoding skills, when required to read short passages or to identify words from sight vocabulary she falls below grade level. The significant discrepancy between Sarah's reading skills and her nonverbal intellectual abilities, as measured by the *WISC-III* Performance IQ score, are indicative of a specific reading disability. These difficulties are consistent with her weak performance on tests of direction following and listening comprehension, as the same brain systems that are involved in interpreting and remembering oral language are involved in the comprehension of written material.

In the area of <u>written language</u>, Sarah performed at the 27th percentile on a writing samples test which measures the ability to address specific questions and instructions in well-formed sentences and does not generalize penalize for incorrect usage and spelling. In her writing, her sentence were simplistic and contained numerous spelling errors. Sarah scored at the 16th percentile on a dictation task assessing the ability to spell simple words, utilize appropriate punctuation marks, and apply rules for proper usage (e.g., tenses). She lost the majority of her points due to spelling errors. It was notable that she spelled phonetically but incorrectly, e.g., 'gurag' for 'garage'; 'purches' for 'purchase'. The discrepancy between her nonverbal skills and her writing scores reflect a disability in the area of written language as well.

Sarah scored higher in the area of <u>mathematics</u>. On a pencil-and-paper test of mathematical calculation ability, she was able to correctly solve problems involving double digit multiplication, addition of decimal numbers, and addition and subtraction of fractions (69th percentile). It was noted, however, that she did not attempt any long-division problems. Sarah scored at the 48th percentile on a test of applied word problems, indicating slightly weaker skills when required to solve problems that involve using words.

Psychological Evaluation
Re: Plissner, Sarah
Page 7

## SCREENING OF EMOTIONAL ADJUSTMENT

Sarah's responses on the *Child Depression Inventory* and the *Revised Children's Manifest Anxiety Scale* did not indicate the presence of significant feelings of sadness or worry. During the clinical interview, Sarah described herself as a "happy and hyper" child who finds it hard to sit still in the classroom. She cited her best traits as her ability to draw and to ride horses. Sarah depicted herself as being very quiet at school and as wanting to make a good impression on the teacher. She claimed math as her best subject and also reported that writing and reading are "easy". Sarah complained about homework and noted that it was a "big waste of time". She stated that she frequently gets tired at school and enjoys sleeping the most. In terms of social relationships, Sarah talked of several "enemies" at school who make fun of her and say mean things. She explained that she deals with them by either ignoring them or talking back.

Currently, Sarah is not reporting significant difficulties with anxiety or depression. However, given her long-term academic struggles and the wide variability in her cognitive skills, she is clearly at risk for strong feelings of frustration and for misgivings regarding her intellectual abilities. As such, it will be extremely important that she receive the remedial help that she requires in order to engender a self-image as a productive student. In terms of social relationships, I believe that Sarah's weaknesses in the areas of verbal comprehension and expression make it difficult for her to relate effectively to her peers. For example, she may miss some of the subtleties of their conversations and be unable to succinctly express her views. Direct language intervention may be helpful to her in this regard by teaching her how to better retain spoken language and how to effectively respond to her peers. In addition, Sarah expressed an interest in understanding more about the history of her adoption but an unwillingness to openly discuss this with her parents. It may therefore be beneficial for her to become involved with social groups designed for adopted children. Such exposure could help her to feel more connected to others.

## SUMMARY AND IMPRESSIONS

The current test results indicate that Sarah is a youngster who possesses many varying skills, as her scores ranged from highly superior to significantly below average. Her performance on the *WISC-III* yielded a Verbal IQ score of 99 (Average range; 47th percentile) and a Performance IQ score of 135 (Highly Superior range; 99th percentile). Sarah demonstrated exceptionally developed skills in the areas of nonverbal abstract reasoning and visual-organization skills, as indicated by her performance on measures of block design copying and puzzle assembly. She also displayed outstanding alertness to visual detail, as measured by her ability to identify missing features in pictures, and highly superior temporal sequencing skills, as assessed by her skill at arranging pictures into a logical sequence to tell a story. These results indicate that Sarah is highly gifted in the area of nonverbal intelligence and excels at understanding spatial relationships and at thinking in terms of pictures and images. She also performed well on brief measures of sustained attention which required rapid visual scanning. In the verbal domain, Sarah earned above average scores on measures of verbal abstract reasoning, such as her ability to understand complex relationships between objects and concepts.

At the same time, testing revealed weaknesses that help to explain Sarah's modest performance in the classroom, particularly in the areas of language and attention. Sarah's most significant difficulties appear to lie in her understanding and execution of language. Trouble processing complex syntax, understanding the exact meaning of what she hears, and remembering spoken language were implied by Sarah's weak performance on tests of listening comprehension, direction following, story retelling, and sentence repetition. These findings indicate significant vulnerability in Sarah's ability to understand, retain, and "act upon" spoken language, and they place her at risk for missing or quickly forgetting details in classroom instruction, directions, and discussion. Sarah also earned a very low score on a test requiring the assembly of words into a logical sentence, implying weakness in her ability to effectively express her ideas and thoughts. Moreover, she evidenced serious word retrieval difficulties. These results thereby indicate that Sarah struggles to organize, sequence, and verbally express her thoughts in a precise manner. Such weakness undoubtedly underlies her difficulties in the area of written expression.

Psychological Evaluation
Re: **Plissner, Sarah**
Page 8

Sarah also exhibited vulnerabilities on measures of attention and executive functioning (mental organization). Results from a computerized test of attention indicated difficulty with impulse control. Executive weaknesses were evidenced by Sarah's extreme trouble memorizing a list of words and by her inability to copy a complex geometric figure. These findings suggest difficulty with organization and strategic thinking, and they imply the need for high levels of adult-provided structure, particularly with school tasks requiring long-term and/or strategic planning. Although the current findings, along with parent and teacher reports, do not provide clear support for an attention deficit disorder, they do imply that attentional inefficiency is an important component of Sarah's cognitive profile. In particular, she appears to struggle with initiating and maintaining tasks that require sustained mental effort. In light of Sarah's variable scores in the areas of attention and the signs of inefficiency in executive functioning, I strongly suggest that her ability to focus and maintain attention be closely monitored as she progresses through her school years. This is to ensure that difficulties with attending and remaining on task are not causing her undue stress. In my experience, attention disorders are easy to miss in girls who are attractive, bright, and eager to please, and I want to make sure that this does not happen in Sarah's case. The attentional weaknesses, as described above, suggest that Sarah is at risk for a) trouble initiating tasks effectively (due, in part, to difficulty generating effective plans and strategies; b) difficulty sustaining attention and effort on activities that are not of the highest interest; c) trouble inhibiting impulsive or off-task response tendencies; and d) problems with flexible shifting from one task, point of view, or train of thought to another.

On academic achievement tests of reading, Sarah scored significantly above average on a word attack measure. This is consistent with her strong score on a measure of phonological awareness and provides strong support for a significant strength in her phonetic decoding skills. In contrast, Sarah scored below grade level on measures of word identification and passage comprehension. These scores are significantly weaker than would be expected given Sarah's *WISC-III* Performance IQ score and indicate the presence of a specific reading disability. Moreover, receptive language weaknesses are also likely to interfere with effective comprehension of reading material as text becomes more complex. As such, remedial intervention is strongly advised. Sarah also struggled in the area of written language, as she tended to construct simplistic sentences and to have poor spelling, and her overall written language score is consistent with a learning disability in this area as well. Sarah performed best in mathematics and displayed above average computational skills. Her skills were somewhat lower when required to solve word problems, perhaps owing to the higher demands on language processing.

Motor testing yielded fast and accurate performance bilaterally on a grooved pegboard task assessing manual dexterity and speed. Personality testing did not indicate significant difficulties with emotional distress, and Sarah presented as a happy and motivated child. However, given her learning disabilities and vulnerabilities in the area of language and attention, she is at risk for self-doubts concerning her academic skills. Sarah's tendency towards social isolation, as described by her parents, appears to be related to her difficulties in the area of language comprehension and execution. Moreover, the current findings suggest the need for intensive support in the language area to maximize Sarah's academic progress and to increase the comfort with which she handles academic learning. It should be noted that the results of this evaluation are not consistent with those reported by the Children's Hearing and Speech Center in which Sarah's language skills were found to be age-appropriate. However, I believe that Sarah's language difficulties are quite significant and that a more complete speech and language evaluation is needed in order to pinpoint those areas in which Sarah excels and those in which she requires intervention.

Despite her vulnerabilities, Sarah possesses many extraordinary strengths, including highly superior nonverbal reasoning skills. I am highly optimistic that, with appropriate support, she will make very solid progress both within and outside of the classroom.

## RECOMMENDATIONS

Based on these findings and impressions, the following recommendations are offered:

1) **Educational placement and programming:** The above findings help to explain Sarah's rather lackluster progress in academics. In order to her to experience reasonable levels of enjoyment, success, and satisfaction in a regular education program, it will be very important that Sarah receive resource/tutorial services, instructional

Psychological Evaluation
Re: Plissner, Sarah
Page 9

modifications, and accommodations (which are discussed in detail below). Sarah is eligible for services and accommodations on the basis of the learning disabilities in reading and written expression. Her classroom program should be supported by regular -- and as intensive as possible -- speech and language therapy. Sarah's therapy should focus on specific intervention in both receptive language and verbal formulation. A speech and language evaluation is recommended to pinpoint Sarah's areas of strengths and weaknesses and to develop an appropriate intervention plan. The optimal arrangement for such intervention would be if Sarah could meet with a language tutor during her school day so as to leave after-school hours open for homework, if assigned, and pursuit of socialization/relaxation.

2)    **Accommodations**:

a)    Workload --  Keeping up with the volume of classroom work and homework is likely to be very challenging for Sarah. In her current grade, it might be most appropriate to limit the amount of time that she is expected to spend each night on homework and to not penalize her if her work is incomplete. In my experience, the best accommodation for trouble with volume in middle or high school is simply for a student to take one fewer course than required by the standard courseload. Substituting a tutorial or study hall period for a foreign language class is often the best means of accomplishing this goal.

b)    Test-taking -- In light of Sarah's language vulnerabilities and her modest reading comprehension, one important accommodation will clearly be additional time for tests (and for lengthy reading assignments if necessary). The current findings also make Sarah eligible for extended time on all standardized tests.

In addition, in light of Sarah's weak verbal learning skills, it is strongly suggested that she be tested in ways that minimize the demands on rote memory. Consistent with the current trend in education away from an emphasis on memorization, I would suggest that Sarah be given open book or take home tests throughout the school year and/or that she be allowed to bring self-prepared notes to class when being tested.

c)    Reading -- Books on tape will be very important for Sarah, and I would recommend that her textbooks be taped through Recordings for the Blind and Dyslexic. Various books for enjoyment reading can also be obtained through this source or through the Montgomery County Special Needs Library.

d)    Math -- In light of Sarah's difficulties with deliberate memorization, I recommend that when she is being tested she be allowed to use index cards with relevant formulas and proofs. She might also benefit from being allowed to use a calculator.

e)    Foreign language -- Sarah's progress in a foreign language class should be carefully monitored. If it is found that she is struggling or if she should absolutely need an extra period to complete her work, it may be advisable to consider dropping the language class altogether.

3)    **Teaching to facilitate comprehension and retention**: Sarah's language weaknesses and difficulty with verbal learning and memory suggest that it will be very helpful for her teachers to consider a variety of ways of presenting information that could help to increase Sarah's understanding of and memory for the material. Here are some suggestions:

a)    Sarah will benefit from explicit instruction in determining key points, main ideas, and the general themes in the literature she reads, and from outlines which clearly indicate main points and supporting detail. Emphasizing which material is crucial and must be committed to memory will be particularly important. Providing a monthly assignment schedule will also help Sarah to organize her learning strategies.

b)    It will also be important to attempt to deliberately "tie together" new information for Sarah, particularly in the content areas of social studies and science. I strongly recommend in this context that teachers utilize advance organizers (graphic and semantic) -- which help students to organize new information and to relate

Psychological Evaluation
Re: Plissner, Sarah
Page 10

it to previously acquired knowledge and skills. Conceptual maps which spell out both the critical features and negative features of abstract concepts would also be beneficial to Sarah. School personnel, as well as her parents, may be interested in Dr. Mel Levine's excellent book, Educational Care (Educators Publishing Service; Cambridge, MA), which provides sample advance organizers and conceptual maps and offers a number of good suggestions for parents and teachers regarding the management of memorization weaknesses.

c)    Sarah would be helped by teacher-provided suggestions regarding mnemonics or other organizational strategies which could be useful for remembering specific course content.

d)    I would additionally suggest that, as much as possible, Sarah be exposed to instructional media which combine visual and auditory stimulation -- including video and CD-Rom. Some individuals retain information much better through such media than from print. Sarah could also be encouraged to read factual information to be learned into a tape recorder and then replay the tape several times to study, as some students find that retaining material which they hear in their own voice is easier than memorizing directly from class notes or a book.

4)    **Addressing the learning challenges:**

a)    Regarding reading -- It will be beneficial to introduce Sarah to strategies which emphasize the important role of visualization in understanding both oral and written language. Nanci Bell's book, Visualizing and Verbalization, offers a variety of useful strategies in this area. Traditional strategies which help to make reading an active process could also be helpful to Sarah, including strategies that emphasize changing headings into questions and reading for specific content (SQ3R). Sarah's work in reading should additionally include a variety of approaches for eliciting information from memory. For two excellent resources on reading strategies (and useful exercises) see *Reading Drills for Speed and Comprehension* and *Skimming and Scanning*. Both books are by Edward Fry and can be ordered from Jamestown Publishers in Providence, RI, or found at The Teacher Store (Fairfax, VA: Columbia, MD).

b)    Regarding writing -- Instruction in the use of a word processor and regular daily practice with an effective method of keyboarding should be emphasized for Sarah. The tutors working out of this office strongly recommend a program called Type to Learn by Starburst Publications (1-800-321-7511). As Sarah's writing abilities advance, particular attention should be given to helping her to learn to organize, sequence, and prioritize ideas for essays and written projects. She may ultimately find the "webbing" strategy introduced by Jill Lusser-Ricco (Writing the Natural Way) to be a helpful alternative to more straightforward outlining, and the computer program, Inspirations, is a useful tool for teaching this skill.

c)    Regarding math -- It may be useful to present the steps for completion of math problems in detail (e.g., step 1, step 2) and to write them down (e.g., to make a "cookbook" for each operation).

d)    Regarding mental organization -- It will be important that Sarah's educational program place an emphasis on helping her to become an active learner. Sarah is an excellent candidate for learning cognitive-behavioral and metacognitive strategies for self-monitoring and for improving her ability to organize assignments and to organize information to be learned in a way that facilitates efficient retrieval. A particularly good source for strategies related to efficient learning and study is Gloria Frender's book, Learning to Learn.

One strategy which I have found to be particularly effective in helping youngsters with attention problems to improve the efficiency of work production involves predicting expected work time and tracking actual time of completion. For example, Sarah would predict how long a given assignment will take and write down the expected time of completion. For long assignments, she would break the assignment into small steps and predict how long each one would take. She then would track her performance time with a clock or timer and make note of the actual time she finishes. This process of predicting and comparing frequently helps heighten attention and increase on-task behavior and work speed. It is also effectively used for homework, as the strategy helps to decrease procrastination (apparently because

Psychological Evaluation
Re: Plissner, Sarah
Page 11

the tendency is reduced to put an assignment off for fear that it would "take forever").

    e)    Time management -- Sarah's training should also focus on teaching her effective ways to organize her time. As a daily plan book, I recommend the Franklin Quest Planner, which comes with an instructional audiotape and is often recommended for students with executive and organizational difficulties. Teaching Sarah goal setting strategies and helping her to learn how to prioritize and plan her time would also be very useful.

    f)    Modeling -- When working with Sarah and other students with attentional/organizational weaknesses, I would suggest that, as much as possible, her teachers (and parents) model their own thinking processes related to planning, organizing, and problem-solving. Professionals who specialize in training children with attentional or executive challenges find that this kind of modeling is one of their most effective clinical tools. Modeling could take the form of statements such as, "When I have to solve that kind of problem I ask myself questions like..." or, "It might have gone better if I'd said to myself...". This kind of intervention can provide Sarah with the language necessary for structuring her own thinking. Modeling can also be useful for improving a child's problem-solving and decision making skills. Games such as "20 Questions" can be useful in this regard, as Sarah can be instructed in the kinds of questions which can be asked of others (or which she can ask of herself) to generate the most useful information. Her parents could also explicitly model -- or let Sarah in on -- their own thinking as they attempt to arrive at a decision or generate a plan. Additionally, it can be helpful to model "self-talk" used to manage emotions. For example, Sarah could be coached in the use of statements that may help her handle frustration in class (e.g., "Making a mistake doesn't mean I'm a total idiot"; "I don't have to be brilliant at everything and at all times").

5)    **Regarding the attentional and executive challenges:**  Given Sarah's significant difficulties with attention/organization, providing increased structure and consistency at home and at school will be very important. Sarah should be encouraged to use a large calendar, prominently displayed, where she can be helped to write in her daily assignments, play dates, and long-term due dates. Regular exercise is also very important for individuals with attentional difficulties. Sarah might also be encouraged to participate in one of the martial arts (e.g., karate), which frequently helps youngsters to develop increased powers of concentration and enables them to more easily handle frustrations in the classroom. Although she does not currently meet behavioral criteria for attention-deficit disorder, down the road, if her progress in school does not improve, her parents might additionally consider a trial of stimulant medication. I have found that the use of stimulants, such as Ritalin or dexedrine, often enables a child to attend and thus greatly facilitates the learning process. I would be happy to discuss this option with Sarah's parents at any time.

6)    **Regarding self-esteem:**

    a)    Private time -- I recommend to all parents that they spend regular "private time" with their children, as one of the most healing and nurturing experiences for a child is simply spending time alone with a parent doing something that is mutually enjoyable. For this reason, I would suggest that her parents schedule time to be alone with Sarah on a weekly basis.

    b)    Peer tutoring -- There is very good evidence that teaching younger children has strong self-esteem enhancing power. With this in mind, I would suggest that Sarah be encouraged to help younger children with their projects, etc.

    c)    Extracurricular activities -- It will be important to encourage Sarah to pursue outside areas which she enjoys. Her involvement in drawing is a wonderful way to direct her energy and foster a strong sense of self confidence. In addition, Sarah's giftedness in the nonverbal domain should be strongly encouraged, for example, by allowing her to take art lessons or to participate in workshops in building/carpentry or ceramics. In school, she should be allowed to demonstrate her knowledge through creative ways, such as producing posters or slide presentations.

Psychological Evaluation
Re: **Plissner**, Sarah
Page 12

I have enjoyed working with Sarah.  If there are any questions about this evaluation, or if I can be of help in any way, please feel free to contact me at (301) 565-0534, ext. 20.


Lisa A. Martin, Ph.D.
Licensed Psychologist

# William Stixrud, Ph.D., and Associates LLC

8720 Georgia Avenue
Suite 300
Silver Spring, Maryland 20910
(301) 565-0534
Fax: (301) 565-2217
www.stixrud.com

## PSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **NAME:** | **SARAH PLISSNER** |
| **DOB:** | **OCTOBER 6, 1988** |
| **DATES TESTED:** | **FEBRUARY 17 & 18, 2004** |
| **CONFERENCE:** | **MARCH 1, 2004** |
| **CHRON AGE:** | **15 YEARS, 4 MONTHS** |

### REASON FOR REFERRAL

Sarah is a ninth grader at The School without Walls in Washington, D.C. She was seen for psychological evaluation at the request of her parents, Susan Morrison and Martin Plissner, in order to assess her intellectual and educational progress since previous testing conducted by Lisa Martin, Ph.D., in September 1999. Sarah was a fifth grader at the time and attended John Eaton Elementary School. The evaluation was requested by Sarah's parents due to concerns regarding Sarah's attention span and efficiency of work production. Testing with the *WISC-III* placed Sarah's Verbal IQ score of 99 at the 47th percentile and her Performance IQ score of 131 at the 98th percentile. The 32-point discrepancy between the IQ scores was significant and was noted to be common among students with language weaknesses. Academic and neuropsychological testing indicated the presence of language-based learning disabilities in reading and written expression. Weaknesses were also noted in attention and executive functioning, but Sarah was not considered to meet full criteria for an attention disorder. Recommendations were delineated regarding support services and accommodations for the learning disabilities and the attention/executive functioning challenges. (Please see Dr. Martin's report for additional information.)

### ACADEMIC HISTORY SINCE THE INITIAL EVALUATION

As a result of the 1999 evaluation, Sarah began working with a private tutor, Michele Fishbein, to improve her reading skills. They currently work together twice a week to address reading, organization and planning, and homework completion. Sarah also worked with a speech-language pathologist on and off for four years in elementary school targeting expressive language and articulation.

As mentioned, Sarah recently started The School without Walls, which is an innovative public school in Washington, D.C. Ms. Morrison described Sarah as a creative girl who is respectful of the learning process. However, Sarah has experienced academic challenges throughout her schooling, and Ms. Morrison reported several areas of concern. Reading is still not an area of strength for Sarah, who prefers animated books to literature. School texts and literature are difficult for her, as she has trouble comprehending the information, linking ideas when reading, and remembering the information later. Sarah also has had trouble in algebra this year although she has not

William R. Stixrud, Ph.D.
Robert L. Mapou, Ph.D., A.B.P.P.
Susan C. Jenkins, Ph.D.
Adele C. Green, Ph.D.
Wendy A. Law, Ph.D.
Lisa A. Martin, Ph.D.
Robert F. Chase, Ph.D.
Patricia H. Papero, Ph.D.
Susan W. Hammond, Ph.D.
Susan S. Gerson, Ph.D.
Susannah Kury Hughes, Ph.D.
Teresa Elliott, Ph.D.
Erika L. Wasserman, Ph.D.
Ellen K. Goldman, Ph.D.
Taruna Ahluvalia, Ph.D.
Elaine D. Book, M.Ed.
Carol Mannix, M. A.
Bonnie Zucker, Psy. D.

Neuropsychological
Evaluation

Academic Training

Child and Family
Therapy

Neurofeedback
Therapy



**EXHIBIT**

2

Psychological Evaluation
Re: Plissner, Sarah
Page: 2

had math difficulty in the past. The area of most significant concern is Sarah's work/study skills. Sarah reportedly is a disorganized student who often loses her belongings. Her low report card grades reportedly reflect her failure to turn in her work due to failure completing assignments or completing them but then deciding they are not good enough to turn in. Sarah reportedly has "grand ideas" about the way she wants things to be but cannot create a reasonable plan to match her ideas. She also procrastinates and often does not make up work that she misses. Ms. Morrison reported that Sarah almost did not pass eighth grade because of failure to complete her English assignments. Sarah also reportedly has poor study skills, as she procrastinates, and she does not have a good memory.

Review of Sarah's ninth grade report card indicated first quarter grades of B's in algebra, biology, and geography, C's in journalism and history, and D in humanities. Her second quarter report card grades indicated B's in journalism and geography, C in algebra, D in biology, and F in humanities. There were notes beside her grades for humanities and geography regarding incomplete class/homework assignments and beside her history grade regarding the necessity of additional assistance/study time.

On clinical interview, Sarah reported that she enjoys school, particularly the structure of the curriculum. She finds the small class size and the high levels of teacher involvement to be beneficial. Sarah reported that she loves art and will spend time on artistic projects but otherwise has a tough time completing her work. She noted that she has always been disorganized and that her room, her schoolwork, and her belongings in general are a mess. She also procrastinates and has trouble staying focused on lengthy assignments. Despite learning strategies for organization and planning from Ms. Fishbein, Sarah often does not apply these strategies because it requires too much effort. Sarah noted too that she has a weak memory and that she has difficulty memorizing information and then later retrieving it on tests. Her biology class is difficult given the high demands on memorization. Sarah also reported that she has trouble staying focused at school and home. She stated that the school work is not generally difficult for her if she could just make herself stay focused and get organized.

## OTHER INFORMATION

Family history. Sarah lives in Washington, D.C., with her parents and her sister. She was adopted at 1 ½ years of age and little is known about her biological family history.

Birth, developmental, and medical history. As mentioned, Sarah was adopted. Her biological parents reportedly divorced, and her biological mother later gave Sarah and her sister to an adoption agency. Sarah was reportedly healthy at adoption. Her developmental motor milestones were achieved within normal limits, but her expressive language skills were delayed, prompting the previously mentioned speech-language therapy in elementary school. Sarah reportedly has trouble falling asleep at night and often stays up very late but is able to awaken on her own for school. She is also a vegetarian but does not eat enough protein, as she does not like beans, cheese, or tofu, which are typical sources of protein for vegetarians.

Social/emotional functioning. Ms. Morrison reported that Sarah did not have many friends in elementary school, and she seemed more immature than her peers. She reportedly was also physically smaller than them and "lived in a world of imagination and art". Currently, Sarah likes

Psychological Evaluation
Re: Plissner, Sarah
Page: 3

time to herself but also has a group of friends from her previous school and from her current school. Ms. Morrison does not have concerns about Sarah's social functioning. Emotionally, Ms. Morrison perceives Sarah to be happy some days and sad others although Ms. Morrison perceives her moods to be typical to teenagers. Ms. Morrison noted, however, that Sarah feels bad about her grades and her self-esteem appears to be affected by her poor academic performance. Sarah is reportedly well-behaved at school and at home and is responsible regarding rules.

## TESTS ADMINISTERED

*Wechsler Intelligence Scale for Children – Fourth Edition (WISC-IV); Boston Naming Test; Controlled Oral Word Association Test; Automatic Verbal Sequencing; Comprehensive Test of Phonological Processing (CTOPP); Selective Reminding Test; Klove Grooved Pegboard; Developmental Test of Visual-Motor Integration (VMI); Rey-Osterrieth Complex Figure Drawing; Integrated Visual and Auditory Continuous Performance Test (IVA); Wisconsin Card Sorting Test; WJ-III Tests of Achievement; Gates-MacGinitie Reading Test; Test of Word Reading Efficiency (TOWRE); Revised Children's Manifest Anxiety Scale (RCMAS); Children's Depression Inventory (CDI); Achenbach Child Behavior Checklist (CBCL); Behavior Rating Inventory of Executive Function – Parent Form (BRIEF); Clinical Interview.*

*Selected subtests from the Woodcock-Johnson Psychoeducational Battery - Third Edition (WJ-III); Woodcock-Johnson Revised Tests of Achievement- Revised (WJ-R); Clinical Evaluation of Language Fundamentals-Revised (CELF-III); Wide Range Assessment of Memory and Learning (WRAML); Test of Language Competence - Expanded Edition (TLC-E); Oral and Written Language Scale (OWLS); Test of Everyday Attention in Children (TEA-Ch).*

## BEHAVIORAL OBSERVATIONS

Sarah presented as an adorable adolescent who was spunky and interactive. She had many opinions, which she enjoyed sharing, and frequently initiated conversation. Sarah was a fast worker who was motivated to perform. She fatigued as the day progressed but perked up with a snack. Overall, Sarah was an absolute pleasure to work with, and given her high levels of cooperation and motivation, the test results are considered to reflect accurate estimates of her current levels of neuropsychological and academic skill development.

## INTELLIGENCE TEST RESULTS

On the *WISC-IV*, Sarah obtained a Verbal Comprehension Index score of 98 (Average range, 45th percentile), a Perceptual Reasoning Index score of 115 (Above Average range, 84th percentile), a Working Memory Index score of 68 (Below Average range, 2nd percentile), and a Processing Speed Index of 112 (Above Average, 79th percentile). These results indicate strong nonverbal cognitive abilities and weak auditory working memory, which is common among students with attention disorders. The overall Full Scale IQ score is a misrepresentation of Sarah's abilities, as it is a combination of the four disparate index scores.

The **Verbal Comprehension Index** is a measure of the verbal abilities of reasoning, comprehension, and conceptualization. Sarah displayed average abstract verbal reasoning

Psychological Evaluation
Re: Plissner, Sarah
Page: 4

when asked to describe the similarity between two objects (*Similarities* – 37th percentile) and average commonsense logic and practical reasoning (*Comprehension* – 50th percentile). Her word knowledge was also average (*Vocabulary* – 50th percentile).

The **Perceptual Reasoning Index** measures perceptual reasoning and organization. Sarah obtained a very superior score on a test of spatial analytic reasoning that required her to re-create block designs (*Block Design* – 98th percentile). Sarah enjoyed this test and noted that she loves to build things such as with legos. She scored above average on a test of her attention to visual detail when required to determine essential missing details from pictures (*Picture Completion* – 75th percentile). Sarah's score was average on a test that required her to apply concepts, analogic reasoning, and sequential logic to solve visual puzzles (*Matrix Reasoning* – 37th percentile) and on a measure of conceptual reasoning that required her to group two or three objects according to a common characteristic (*Picture Concepts* – 25th percentile). The latter two subtests may have been the most difficult for Sarah because there are high demands on the student to decide how to analyze the many answer options presented. Thus, Sarah's scores may reflect trouble devising a self-directed, organized approach to analyzing large amounts of information.

The **Working Memory Index** measures the ability to actively hold and/or manipulate auditory information in working memory. Sarah scored significantly below average for her ability to repeat digits in forward and backward sequences (*Digit Span* – 5th percentile) and for her ability to mentally re-arrange sequences of numbers and letters (*Letter-Number Sequencing* – 2nd percentile). Sarah forgot the majority of the digits or numbers presented, and these results indicate marked difficulty holding onto non-meaningful bits of auditory information, which is a common finding among students with attention disorders.

The **Processing Speed Index** measures the speed of visual information processing. Sarah's score was average for her ability to scan rows for identical symbols (*Symbol Search* – 63rd percentile). Her score was above average on a test of her graphomotor speed while copying symbols (*Coding* – 84th percentile).

## NEUROPSYCHOLOGICAL TEST RESULTS

## VERBAL ABILITIES

Sarah's scores were uneven in the area of **verbal expression/production**. She demonstrated fluent automatic verbal sequencing, as she was able to recite the alphabet, days of the week, and the months of the year. She was able to spontaneously name the majority of the pictured objects on the *Boston Naming Test*, suggesting efficient word retrieval. However, Sarah had significant difficulty on the *TLC-E Oral Expression* subtest (5th percentile), a measure of verbal formulation that requires generating spoken sentences which incorporate three specific stimulus words and are appropriate to a specific situation. She lost points for awkward sentence construction (e.g., "Neither this week or last, there were not any carrots.") and awkward content (e.g., "The job looks easy, but it can also be hard."). These results are consistent with Sarah's performance on this same test in 1999 and suggest that she continues to have significant difficulty with grammatical processing and sequencing words for precise self-

Psychological Evaluation
Re: Plissner, Sarah
Page: 5

expression. This weaknesses will compromise her oral and written communication and was underlying her previously diagnosed learning disability in written expression.

Sarah's scores were average in the area of **verbal comprehension**. Her score was average on the *WJ-III Understanding Directions* subtest (33rd percentile), which is a test of her ability to hold multi-step directions "online" in working memory while attempting to carry out the multiple steps. This score is much higher than that obtained for her auditory working memory for digits and letters and indicates that Sarah is better able to hold onto meaningful information, particularly when provided with visual cues (as *Understanding Directions* is a test with pictures). Sarah scored similarly on the *OWLS Listening Comprehension* subtest (39th percentile), which assesses the ability to understand spoken statements involving challenging vocabulary, complex sentence structure, figurative language, and logical inferences.

Testing of **verbal learning and memory** produced uneven scores. Sarah scored within the average range on a test that required her to retell two short stories that were read to her (*WRAML Story Memory* - 37th percentile). She scored below average when required to immediately repeat sentences verbatim (*WRAML Sentence Memory* – 16th percentile). Sarah's lower score on *Sentence Memory* likely reflects the demands on verbatim repetition and on syntactical processing (an area of weakness for Sarah), as it is hard to repeat sentences verbatim if one is not comfortable with their structure. On the *Selective Reminding Test*, which requires memorization of a list of words over several trials, Sarah scored in the average range for her ability to quickly commit the words to memory (36th percentile) but below average for the consistency of her retrieval of the words once stored (19th percentile). Her performance reflects difficulty efficiently organizing language for consistent retrieval, which will compromise her ability to commit rote information to memory such as for tests.

Sarah's performance ranged from above average to average on measures of **verbal concept formation and reasoning**. As mentioned, she earned average scores on *WISC-IV* tests of verbal reasoning (*Similarities* - 37th percentile, *Comprehension* – 50th percentile), which placed demands on verbal elaboration to receive full credit. Sarah's scores were above average on verbal reasoning tests that were highly structured and required minimal responses (e.g., one or two word answers), which is consistent with expectations given that oral expression is an area of weakness for Sarah. She scored above average on the *WJ-R Verbal Analogies* subtest (76th percentile), which requires completion of analogies, and the *WJ-III Concept Formation* subtest (88th percentile), which involves learning and logically applying a set of increasingly complex classification rules. Thus, Sarah possesses strong verbal reasoning skills that are best displayed when there are minimal demands on verbal elaboration.

Testing revealed significant weaknesses in **phonological awareness**, which refers to the ability to discriminate and manipulate the individual sounds that make up words, and in **rapid naming**, which is the ability to quickly retrieve the correct label for visual stimuli (e.g., numerals and letters. These are the two aspects of language that are most strongly related to phonetic decoding and spelling. With respect to phonological awareness, Sarah's below average *CTOPP Phonological Awareness* composite (8th percentile) reflects her below average ability to delete sounds from words (*Elision* - 2nd percentile) and her average ability to blend sounds to make words (*Blending Words* - 37th percentile). These results indicate inconsistency in the auditory conceptual underpinnings for phonetic decoding and spelling. Sarah scored below

average on the *CTOPP Rapid Naming* composite (21st percentile), which reflects lackluster speed of the retrieval of the labels for letters (*Rapid Letter* – 25th percentile) and numerals (*Rapid Digit* - 25th percentile). This weakness will compromise the speed/fluency dimensions of reading and math. Sarah's weaknesses in phonological awareness and rapid naming underlie the previously diagnosed reading learning disability and indicates a "dyslexic profile", as these are the two language processing skills that underlie dyslexia.

## NONVERBAL ABILITIES

<u>Motor testing</u> on the *Klove Grooved Pegboard* yielded slightly below average manual dexterity and speed with the dominant left hand and the right hand. This reflects mild difficulty with fine motor control, which is not uncommon among students with attention disorders.

Testing yielded variable scores on measures of **visual-spatial organization, visual-motor integration, and visual memory, and nonverbal reasoning**. As mentioned, Sarah obtained a very superior score on a *WISC-IV* test of spatial-analytic reasoning (*Block Design* – 98th percentile) but had more difficulty on tests that required her to evaluate various answer choices (*Matrix Reasoning* - 37th percentile, *Picture Concepts* - 25th percentile), which may reflect trouble devising a self-directed, organized approach to analyzing large amounts of information. Sarah scored below average on the *Developmental Test of Visual-Motor Integration (VMI* – 1st percentile), suggesting very weak representational drawing skills. Sarah's drawings had an impulsive quality and were poorly planned (e.g., drawing too close to the paper's edge and thus running out of room to complete the drawing). On a more complicated drawing task that taxes spatial organization and planning ability as well as visual-motor integration, Sarah scored above average for her direct copy of the figure (*ROCF* – >16th percentile). However, her approach was segmented or detail-oriented, which indicated that she did not process the gestalt or the "big picture". This hindered her ability to re-draw the picture from memory 30 minutes later, as she placed seven of the eighteen details randomly on the page without an appreciation of the original gestalt of the figure. Thus, Sarah's performance on the *VMI* and *ROCF* reflect weaknesses in visual-motor integration, spatial organization and planning, and visual memory.

## ATTENTION AND EXECUTIVE FUNCTIONING

Testing of **attention** produced average to below average scores. Sarah exhibited average focused visual attention on a brief (i.e., three minutes) visual scanning task (*WJ-III Visual Matching* – 47th percentile). However, on the *Integrated Visual and Auditory Continuous Performance Test (IVA)*, a 13-minute long computerized measure of attention, Sarah exhibited age-appropriate inhibition of impulsivity (Full Scale Response Control Quotient – 42nd percentile) but below average sustained attention (Attention Quotient – 17th percentile). Sarah commented on the *IVA* that she wished that she were in school because the test was boring. However, she noted sometime later that she would rather be in the evaluation than school. Sarah exhibited age-appropriate ability to shift attention on the *TEA-Ch Creature Counting* subtest, a test of shifting attention. She obtained average scores for her accuracy (50th percentile) and her timing (37th percentile). These results indicated that Sarah can focus for a brief period of time but experiences much more difficulty when required to regulate her attention for a lengthier period of time.

Psychological Evaluation
Re: Plissner, Sarah
Page: 7

Sarah's scores were uneven in the related area of <u>executive functioning</u>, which refers to the mental control processes associated with planning, sequencing, organizing, strategizing, and flexibly utilizing feedback to guide problem-solving and decision-making. Consistent with other strong verbal reasoning abilities, Sarah scored in the superior range on the *Wisconsin Card Sorting Test* (94th percentile for accuracy), which assesses mental flexibility in the process of discovering the changing rules or categories for classifying a set of cards. This indicates mature ability to engage in a self-directed approach to solve novel problems. Sarah also displayed superior scores on tests of verbal fluency that required brief periods of self-direction mental search to quickly produce words according to the starting letter of the word (*D-KEFS Letter Fluency* - 91st percentile) and semantic categories (*D-KEFS Category Fluency* - 91st percentile). Sarah exhibited significant difficulty, however, with auditory working memory on the *WISC-IV* reflecting trouble holding onto even brief bits of auditory information (e.g., digit sequences). She also exhibited significant weaknesses in the organization of spatial information on the *ROCF* and verbal information on the *Selective Reminding Test*. Further, based upon self-report, teacher's reports, and Ms. Morrison's report and responses to the *BRIEF*, which is a rating scale that assesses executive functioning, Sarah has marked difficulties in the executive functions of initiating work, organizing materials and information, planning, working memory, and self-monitoring.

These attention and executive functioning weaknesses have compromised Sarah's academic performance for years and were apparent in the evaluation conducted by Dr. Martin in 1999. Although not at clinically significant levels in 1999, Dr. Martin noted that these weaknesses may become increasingly problematic as Sarah advances in school (as demands on attention and executive functioning increase) and may require additional intervention. Based on the history and the current evaluation results, Sarah is considered to meet criteria for an attention disorder (ADHD). Weaknesses in attention and executive functioning indicate the need for high levels of external structure, e.g., supporting her work initiation, helping her to sustain attention to task, and guiding her organization and time management skills.

## ACHIEVEMENT TEST RESULTS

In the <u>area of reading</u>, Sarah's scores ranged from above average to below average. Her performance was variable on tests of sight-word recognition, as she scored above average on an untimed test of sight-word recognition (*WJ-III Letter-Word Identification* - 79th percentile) but below average on a timed test of sight-word recognition (*TOWRE Sight Word Efficiency* - 16th percentile). This reflects residual difficulties from the previously diagnosed reading learning disability and continued weaknesses in the language processing skills that underlie reading. Sarah likely has learned many words with the help of a tutor but is still not automatic in the retrieval of these words. Sarah's performance was average on tests of phonetic decoding (*WJ-III Word Attack* - 44th percentile, *TOWRE Phonemic Decoding Efficiency* - 32nd percentile). Her reading comprehension was also average (*WJ-III Passage Comprehension* - 34th percentile, *Gates-MacGinitie Reading Tests* - 58th percentile). Finally, Sarah's reading speed was average (*WJ-III Reading Fluency* - 34th percentile). These results indicate that Sarah's reading scores are generally average, with the exception of below average sight-word recognition in a timed condition. This implies that Sarah has benefited from the many years of tutoring and has learned to compensate for the previously diagnosed reading learning disability despite the underlying language weakness (i.e., grammatical processing, phonological awareness, rapid

Psychological Evaluation
Re: Plissner, Sarah
Page: 8

naming, organization of language) that are consistent with a dyslexic profile. Thus, Sarah does not technically meet criteria for dyslexia given that there is not a significant discrepancy between her IQ and reading achievement scores; however, she possesses significant weaknesses in language that are indicative of a dyslexic profile and signify the need for continued intervention.

In the **mathematics domain**, Sarah's scores were variable. She scored above average on an untimed test of her ability to solve computation problems with pencil-and-paper (*Calculation* – 76th percentile). However, she scored in the average range on a test of her ability to solve very basic addition, subtraction, and multiplication problems as quickly as possible (*Math Fluency* – 37th percentile), reflecting weak naming skills and weaknesses in executive functioning that compromise the recall of multi-step math procedures (e.g., multiplication). Sarah scored near the lower limit of the average range on a test of her ability to solve math word problems that were read orally to her (*Applied Problems* – 29th percentile). This likely reflects her difficulty holding onto and/or organizing auditory information, which would then compromise her ability to turn the word problems into the correct computations.

In the **area of written language**, Sarah's scores ranged from above average to average. She obtained a slightly above average on a test of spelling (*Spelling* – 76th percentile) and scored above average when required to write as many short sentences incorporating specific target words as she could in seven minutes (*Writing Fluency* – 86th percentile). Her score was average on a test of the ability to write short sentences to describe a picture or follow specific instructions (*Writing Samples* – 41st percentile). She lost points for failure to elaborate and awkward grammar, which is consistent with her performance on a test of oral expression. Sarah's performance in writing likely reflects the success of intervention; however, the weaknesses in language, sustained attention, and organization will compromise the quality of her written output. Also, Sarah's handwriting was not particularly neat, which reflects weaknesses in fine motor control and visual-motor integration.

## SOCIAL/EMOTIONAL SCREENING

Ms. Morrison completed the *Achenbach Child Behavior Checklist* (*CBCL*). She wrote on the form that Sarah is a funny and creative girl who has an "intriguing way of looking at things". However, Ms. Morrison also noted her concern regarding Sarah's disorganization and the impact of her academic challenges on her self-esteem. Ms. Morrison's responses to the behavior rating scale items produced elevated scores in domains tapping attention problems, somatic complaints, and withdrawn behavior.

Four of Sarah's teachers completed the *TRF*. Her geography teacher, Carlton Ackerman, wrote on the form that Sarah is a pleasant, respectful, and enthusiastic student who is able to "think out of the box". However, Mr. Ackerman also noted that Sarah is disorganized and has poor time management skills. Mr. Ackerman's responses to the behavior rating scale items produced elevated scores in a domain tapping attention problems. Sarah's history teacher, Victoria Tyson, completed the *TRF* on which she wrote that Sarah is a punctual, well-behaved student who appears to be taking more care with her homework. Ms. Tyson wrote that she is concerned about Sarah's inconsistent test scores and inconsistent attention in class. Her responses to the behavior rating scale items produced a borderline elevation in a domain

Psychological Evaluation
Re: Plissner, Sarah
Page: 9

tapping attention problems. Sarah's math teacher also completed the *TRF* and wrote that Sarah is a well behaved student who does not always complete her homework if it is challenging. The teacher's responses to the behavior rating scale items did not produce any clinically elevated scores but endorsed items on domains tapping attention problems and defiant behavior. Finally, Sarah's biology teacher completed the *TRF* on which he wrote that Sarah is a student who participated frequently and used to be excited about learning. The teacher is concerned, however, that Sarah's enthusiasm has waned and that she does not fully comprehend the material.

Sarah completed two self-report questionnaires regarding emotional functioning. Her responses fell within normal limits on the *Revised Children's Manifest Anxiety Scale (RCMAS – 37th* percentile), a measure of general anxiety, but were elevated on the *Children's Depression Inventory (CDI – 99th* percentile), a self-report test for depression. She endorsed the middle response on the majority of the items, as opposed to definitely yes or definitely no. For instance, she noted that she sometimes has fun at school, sometimes does not feel like eating, and sometimes does not want to be with people. On clinical interview, Sarah stated that she is not a happy person or a sad person – but feels both. While she denied experiencing symptoms consistent with depression (e.g., chronic sadness, apathy, or changes in eating and/or sleeping), Sarah noted that she sometimes feels upset and there are things she would like to change about herself. She noted too that she has bottles up her anger and then "explodes", which she explained as throwing soft objects in her room when she is by herself. Sarah has future aspirations and reported wanting to be a photographer and wanting to see what life has in store for her. She described herself as a deep thinker who likes to express herself through art. Socially, Sarah reported that she likes the people at her school and has made good friends despite viewing many of her peers as different from herself. Sarah reported that she wants to see her friends outside of school but that plans often do not work out so she is alone on the weekends, which is "boring".

## DIAGNOSIS

314.00 Attention-Deficit/Hyperactivity Disorder – Predominantly Inattentive Type
784.5 Language Disorder

## TEST SUMMARY AND DISCUSSION

Sarah is a personable, interesting, and adorable teenager who was a pleasure to test. The current test results indicate that she possesses above average and average skills in cognitive and academic domains, with significant strengths in aspects of her spatial skills and verbal reasoning. At the same time, Sarah faces academic challenges due to ADHD – Predominantly Inattentive Type and a Language Disorder. Importantly, Sarah's language weaknesses were underlying the learning disabilities in reading and writing diagnosed in 1999 by Dr. Martin. Currently, Sarah's reading and writing skills do not fall below expectations based on her cognitive abilities, which touts the success of the five years of intervention with Ms. Fishbein. However, the continued weaknesses in language are consistent with a dyslexic profile and will pose continued academic challenges in language-based academics (i.e., reading, writing, and aspects of math). Thus, Sarah needs support services and accommodations to address these learning challenges that have significantly compromised her academic performance. These

language weaknesses place her at a disadvantage academically, but Sarah possesses many areas of strength as well (e.g., spatial reasoning, attention to visual detail, creativity, ability to "think out of the box", and social skills) that can guide her future aspirations (e.g., careers that emphasize spatial abilities and creativity like photography).

In the underlined verbal domain, Sarah's *WISC-IV* Verbal Comprehension Index was average, at the 45th percentile. She displayed average word knowledge and average verbal reasoning on tests that required her, at times, to provide additional explanation to receive full credit. Sarah demonstrated above average verbal reasoning on supplementary tests of analogic reasoning and problem solving that placed minimal demands on verbal elaboration. Thus, her performance on the *WISC-IV* may have been compromised somewhat by her weakness in oral expression. Sarah's strong reasoning skills indicate that she possesses the ability to understand verbal relationships and to solve novel problems. It is these abilities that contribute to her ability to think "outside the box", and they are also excellent prognostic indicators for "real life" success. Sarah demonstrated average language comprehension.

At the same time, Sarah exhibited weaknesses in several aspects of language that are important for academic success. First, her significantly below average score on a test of oral sentence construction reflected her difficulty precisely sequencing words for self-expression. This is a weakness that may have contributed to her average scores on *WISC-IV* tests of verbal reasoning and undoubtedly compromises her oral and written communication. This weakness was underlying the previously diagnosed learning disability, as it was an area of marked difficulty in the 1999 evaluation as well. Second, Sarah exhibited weak memory for language, with particular difficulty remembering rote or syntactically complicated information. This reflects Sarah's difficulty holding onto language, which will affect her ability to retain information presented orally and in text. Third, Sarah had trouble generating strategies to organize "unconnected" verbal information for memorization and retrieval. This weakness will compromise her ability to retain rote information that she hears and reads, which will make studying for exams difficult. Finally, she exhibited below average phonological awareness and rapid naming, which underlies her history of dyslexia and her slowness in automatizing math facts, mastering multiple step computational procedures, and consistently applying the mechanical rules for writing.

In the nonverbal domain, Sarah's *WISC-IV* Perceptual Reasoning Index score was above average, at the 84th percentile. She demonstrated very superior spatial-analytic reasoning and above average attention to visual detail. These strengths are consistent with her love of the arts (e.g., photography). Sarah had more trouble on tasks that required a self-guided approach to evaluating multiple sources of spatial information, which likely reflects underlying executive dysfunction, as Sarah does not easily generate organized approaches to evaluating large amounts of information. Sarah also displayed weak manual dexterity and speed and below average visual-motor integration, which underlies her somewhat messy penmanship. Weaknesses in fine motor control are common in students with attention disorders. Sarah also displayed weak spatial organization and planning, which places her at risk for more global organizational challenges.

Sarah's scores in the underlined attention domain indicated age-appropriate brief, focused attention and ability to shift attention. However, she had significant difficulty regulating her attention for a

Psychological Evaluation
Re: Plissner, Sarah
Page: 11

lengthier period of time (e.g., 13 minutes). In the related domain of <u>executive functioning</u>, Sarah demonstrated superior novel problem solving, which is consistent with her performance on other measures of problem solving and verbal reasoning and is an excellent prognostic indicator for solving problems in "real life". She also demonstrated superior performance on tests of verbal fluency, suggesting that she can engage in a self-directed mental search on a task requiring a brief burst of mental energy. At the same time, Sarah demonstrated weaknesses in the executive functions of auditory working memory, organization of verbal information, time management, self-monitoring, and initiating planning, organization of verbal information, time management, self-monitoring, and initiating work. Reports from self, teachers, and parents support the test findings of inefficient regulation of attention on lengthy tests and significant weaknesses in executive functioning that compromise her academic performance. Further, Sarah has a longstanding history of weaknesses in attention and executive functioning, as is evident by the 1999 evaluation. <u>Sarah is considered to meet criteria for ADHD.</u> Her challenges as a result of the ADHD have become more pronounced as school demands for attention and executive functioning have increased. Her tendency to avoid challenging tasks and not complete assignments reflects the trouble she has managing tasks that place demands on multiple aspects of attention and executive functioning (e.g., studying for tests, completing homework, taking notes in class). In order to achieve academic success, Sarah needs high levels of external structure to support her work initiation, help her to sustain attention to task, and guide her organization and time management skills.

<u>With respect to academic achievement</u>, Sarah demonstrated average phonetic decoding, reading comprehension, and reading speed. Her sight-word recognition was variable, ranging from above average when untimed and below average when timed. This indicates a lack of automaticity with reading that is consistent with her previously diagnosed dyslexia and the continued language processing weaknesses (i.e., phonological awareness and rapid naming). In math, Sarah displayed above average untimed computations but average computation skill when timed, reflecting weak automatic retrieval of math facts that is consistent with her weak rapid naming skills. This is common among students with dyslexia. Sarah's ability to solve math word problems was at the lower limit of the average range and may reflect her difficulty retaining the information in the word problems, which were read orally, and then organizing the information in an efficient way to determine the correct calculation. In writing, Sarah displayed above average spelling and writing speed. Her sentence writing was just average and reflected weaknesses in oral expression. Overall, Sarah's academic skills are generally within the average range. This implies that tutoring has successfully kept Sarah from falling behind given the previously diagnosed learning disabilities in reading and writing. In fact, Sarah does not technically meet the discrepancy criteria (i.e., IQ compared to academic achievement) for a learning disability. However, she continues to have significant language weaknesses that are associated with language-based learning disabilities, which <u>indicates that language-based</u> academics (i.e., reading, writing, and aspects of math) will continue to be difficult for her, and, without intervention and accommodations, Sarah's academic performance will be significantly compromised by these language weaknesses.

In regards to <u>emotional factors</u>, Sarah is a kind, very interesting, bright, and opinionated adolescent who does, as one teacher noted, "think outside of the box". Her introspective nature and her language weaknesses likely contributed to her trouble forming social relationships when she was younger – despite her wanting to have friends. Sarah still maintains her

Psychological Evaluation
Re: Plissner, Sarah
Page: 12

individuality and still has weaknesses in the language domain, but she has been able to make good friends over the last several years, and there are no longer concerns about her social functioning. Sarah does, however, need parental involvement to ensure that social activities happen, as her poor planning skills preclude successful weekend plans. Emotionally, Sarah is a person who thinks and feels deeply about herself, events, and the future. Her responses on a depression inventory resulted in an elevated score although Sarah does not report feeling depressed. Sarah appears to approach life in a thoughtful and emotional way and thus may be prone to experiencing fluctuations in emotions or intense emotions. She has also encountered various life challenges from her early separation from her biological family to later social challenges. It is likely that Sarah would benefit from working with a mental health profession to explore her underlying thoughts and feelings and to have an emotional outlet for her feelings. Sarah is a wonderful adolescent who is motivated, responsible, and respectful. It is fully expected that with the right supports for her academic challenges, she will progress more successfully through high school and will continue along the path towards a very promising future.

## RECOMMENDATIONS

Based on these findings and impressions the following recommendations are offered:

1) <u>General plan</u>: Sarah needs the right structure and supports to be academically successful. She will do best in an educational environment, such as the one at Schools Without Walls, that will provide her with "real life" experiences and opportunity to engage in activities that emphasize her strengths (e.g., in spatial domains). At the same time, Sarah's educational environment should recognize and provide support for the challenges she faces given her language and attention disorders. Therefore, Sarah's parents should request a special education team meeting in order to obtain an Individualized Education Plan (IEP) for Sarah that provides her with the codes <u>"04" (language disorder)</u> and <u>"08" (other health impaired</u> - ADHD). Sarah also requires careful teacher selection, as she, more than many students, needs supportive teachers who can also provide high levels of structure/direction, encouragement, and feedback. Sarah should also be seen by the school's speech-language pathologist, as she requires intervention in the language area. Specific suggestions related to promoting Sarah's intellectual, academic, and social/emotional development are discussed below.

2) <u>Support services</u>:

a) <u>Tutoring</u> - Sarah should continue working with Ms. Fishbein for academic support. Tutoring should focus on teaching Sarah strategies to improve her work and study skills. She also needs help with memory strategies to help efficiently store and retrieve rote facts and to help her learn how to organize large volumes of information for storage. Sarah would also benefit from learning a variety of "generic" cognitive strategies for making the processes of learning and test taking more efficient. She may find the book by Bobbi DePorter and Mike Hernacki called <u>Quantum Learning</u> (Dell Publishing) to be a useful "workbook", as it offers a good general introduction to learning strategies. Devin B. Ellis', <u>Becoming a Master Student-Seventh Edition</u> (College Survival, Inc.) is also an excellent resource, as is Tony Buzan's, <u>Using Your Perfect Memory</u> (Plume). Ms.

Psychological Evaluation
Re: Plissner, Sarah
Page: 13

Fishbein and Sarah should also continue to work on reading (e.g., phonological processing, sight-word recognition, and fluency) and writing (e.g., grammar and organization). · Fluency work can be done with programs such as the <u>Read Naturally</u> and <u>Great Leaps</u>, which provide structured opportunities for repeated oral reading to increase speed and fluency

b) <u>Speech-language pathology</u> – Sarah should work with the school's speech-language pathologist or a private language therapist given her weaknesses in oral expression, verbal memory, and language organization. She will need work to improve these basic language skills and help applying these skills to reading and written expression. The speech-language pathologist should communicate with Sarah's tutor in order to coordinate services.

3) <u>Classroom accommodations</u>:

a) <u>Extended time</u> – Due to the language and attention disorders, Sarah cannot quickly synthesize, analyze, and/or retrieve verbal or spatial information. She thus needs <u>extended time on classroom quizzes and exams, as well as standardized tests</u> to separate the effect of learning difficulties from lack of knowledge in a given area.

b) <u>Note-taking</u> – Taking thorough notes during lectures will be difficult for Sarah given her ADHD, which makes it difficult to attend to lecture, and her language weaknesses (i.e., verbal memory and organization of information), which make it difficult for her to determine and then retain the essential information from lecture. Thus, Sarah would strongly benefit from being allowed to use an electronic keyboard (e.g., AlphaSmart) for in class writing, and she needs access to notes from a peer who is a good at taking notes and/or access to teacher outlines of the lecture material.

c) <u>Regarding reading</u> – Sarah will need to use books on tape and/or an electronic reader such as the Kurzweil 3000 to help her keep up with the workload.

d) <u>Regarding foreign language</u> – Sarah will need a waiver of any foreign language requirements.

e) Given *significant* organizational weaknesses that compromise her ability to efficiently produce work, Sarah needs (a) <u>an adult or a peer review her assignment book daily</u> to ensure that she has all of the assignments correctly written down, (b) <u>reminders to turn in her homework</u>, and (c) <u>to have long-term projects broken down into smaller segments</u> with short-term deadlines and the provision of time frames, sequences, and feedback for each segment.

f) It will be helpful to minimize distraction in the classroom by providing Sarah with <u>preferential seating</u> at the front of the room, nearest to the teacher and blackboard, and away from distractions, such as windows, doorways, and talkative classmates.

Psychological Evaluation
Re: Plissner, Sarah
Page: 14

    g) <u>Two set of materials</u> – Sarah may need two sets of books – one for home and one for school – to maximize the likelihood that she will have the appropriate materials to complete school assignments.

4) <u>Additional suggestions for Sarah's teachers:</u>

    a) In light of the attentional and executive difficulties, it will be very important that school personnel <u>keep in mind Sarah's increased need for teacher-provided structure and direction</u>. It will be useful to check in with her frequently, to monitor her work production, and to help ensure that she is adequately planning for projects. She may also need help getting started on work and developing a program of action. It will also be very important for her teachers to provide as much <u>cognitive</u> structure as possible – even if she does not ask for it. Sarah will benefit from having a mental <u>"template"</u> regarding new lessons and tasks, which could include information about the kinds of material to be presented, how long she will need to concentrate, the kind of responding that will be required, etc.

    b) <u>Contextualize</u> – Sarah will benefit from instruction that organizes new information in relation to previously learned information (e.g., time lines, outlines of the progression of material over the course of the semester). She will profit from <u>explicit instruction</u> in determining key points, main ideas, and the general themes in the text material she reads, and from <u>outlines and advance organizers</u> that clearly indicate main points and supporting detail. Emphasizing which material is crucial and must be committed to memory will also be particularly useful for cumulative exams. Sarah would be helped by teacher-provided suggestions regarding <u>mnemonic strategies or organizational strategies</u>, which could be useful for remembering specific course content.

    c) Sarah will need support with generating, organizing, sequencing, and prioritizing ideas for essays and written projects.

    d) Sarah should be encouraged to <u>schedule meetings with her teachers</u>, particularly in classes where there are long-term projects. She should also see her teachers prior to exams so as to help plan her study schedule and alert her to the salient information. She is not likely to schedule these meetings on her own and is vulnerable to forgetting about these meetings, so it is important that her teachers/parents initiate and provide reminders of scheduled meetings.

5) <u>Regarding the ADHD:</u>

    a) <u>Medication</u> - It is recommended that Sarah's parents consider a trial course of medication to see if it can alleviate her symptoms of ADHD. Medication can be tried on a short-term (e.g., one month) trial basis to see if significant improvement is experienced. Certainly, medication should be considered for extended use only if improvement is substantial with minimal side effects. Sarah's parents could meet with a child psychiatrist to discuss medication options.

Psychological Evaluation
Re: Plissner, Sarah
Page: 15

    b) <u>Neurofeedback</u> – Sarah may also at some point be a good candidate for neurofeedback training, a biofeedback procedure that may improve her attention, sleep, and self-regulation more generally.

    c) For <u>additional ideas and education</u>, Sarah's parents could contact the local CH.A.D.D. chapter, an organization that can provide support and resources for parents with children who have attention disorders. Additionally, some helpful books include <u>Attention Deficit/Hyperactivity Disorder: Questions and Answers for Parents</u> by Drs. Gregory Greenberg and Wade Horn and <u>Healing ADD</u> by Dr. Daniel Amen.

6) <u>Self-advocacy</u>: Sarah should be reminded that she is her own best ally. She should be encouraged to take advantage of accommodations and to advocate for her needs by meeting with her teachers regularly, particularly before exams so that she may identify salient material and learn tips or strategies on how best to study.

7) <u>Study groups</u>: Sarah is encouraged to participate in study groups to help her stay organized and learn the strategies that her peers use when synthesizing and memorizing information. However, she must be aware that these study groups do not replace her own preparation for exams, as she will learn best by studying prior to the group meeting.

8) <u>Mental health intervention</u>: Sarah's parents should speak with her about the concerns regarding her elevated score on a depression inventory. Consideration should be given to having Sarah work with a mental health professional, who can serve as an emotional outlet for her.

9) <u>Additional suggestions for parents</u>:

    a) Given her difficulty with language organization, Sarah may benefit from a computer program such as <u>Inspiration</u> that helps students organize their thoughts for writing through brainstorming, webbing, and outlining. She may also enjoy a program that provides word banks and other forms of support for writing (<u>Co-Writer</u>), and/or to a program that can "read back" what children type – and thus help them to more carefully compose and edit their work (e.g., <u>Text Help</u>). Both programs (and the Kurzweil 3000) can be evaluated and purchased at Envision Technology in Bethesda.

    b) <u>Environmental support at home</u> - It is important to structure Sarah's home environment to elicit maximal conditions for attention and focus. She will do best with structure, schedules, and routines at home. Checklists can help her monitor her own progress with respect to her responsibilities. Creative strategies for organization are also encouraged (i.e., using colored folders to store homework assignments coming to and from school, etc.) With respect to schoolwork, creating a timeline and course of action for assignments, including setting small goals, is important. Sarah's parents are encouraged to model for her the methods they use to stay organized (e.g., calendars, activity lists) and enlist Sarah's help in these methods to increase her familiarity and use with using these strategies.

Psychological Evaluation
Re: Plissner, Sarah
Page: 16

c) Sarah's parents <u>should help her to organize and plan her social life</u>, particularly given that Sarah has forged new friendships at school but feels alone during the weekends. Her executive functioning weaknesses make it difficult for her to adequately plan ahead, thus parent involvement will be crucial.

d) Sarah's parents should <u>work with her on improving her diet</u>, as she is a vegetarian who does not appear to eat enough protein. They may want to enlist the aid of a nutritionist to educate Sarah about nutrition and help her plan a diet that will meet her nutritional needs.

e) <u>Sleep</u> - The role of sleep in supporting all aspects of functioning (e.g., academic, emotional, adaptive, etc...) should not be underestimated. It is of the utmost importance that Sarah receive enough sleep each night to ensure optimal functioning the next day. The family may want to explore the available strategies for improving sleep (e.g., the use of melatonin, use of a lightbox with a dimmer). Reading about "sleep hygiene" (good sleep habits) is also recommended, such as <u>The Promise of Sleep</u> by William Dement and <u>Sleep Better</u> by Mark Durand.

f) When planning for college, Sarah may want to explore <u>schools with curriculums that emphasize the arts</u> (e.g., design, photography). She will achieve high levels of satisfaction and success in a program that plays up to her strengths and interests.

If there are any questions about this evaluation or I can be of further assistance, please call (301) 565-0534.

*Erika Wasserman*

Erika Wasserman; Ph.D.
Licensed Psychologist
License #3807

### APPENDIX

NAME:                SARAH PLISSNER
DOB:                 OCTOBER 6, 1988
DATES TESTED:        FEBRUARY 17 & 18, 2004
CONFERENCE:          MARCH 1, 2004
CHRON AGE:           15 YEARS, 4 MONTHS

## INTELLIGENCE TEST RESULTS

*Wechsler Intelligence Scale for Children – IV (WISC-IV)*

Verbal Comprehension Index (VCI)    98 (45th percentile)
Perceptual Reasoning Index (PRI)    115 (84th percentile)
Working Memory Index    (WMI)       68 (2nd percentile)
Processing Speed Index (PSI)        112 (79th percentile)
Full Scale IQ                       99 (47th percentile)

The *WISC-IV* subtest scores are reported below (the mean score is 10; the average range extends from 8–12).

| VCI TESTS | Scaled Score | Percentile Rank | PRI TESTS | Scaled Score | Percentile Rank |
|-----------|--------------|-----------------|-----------|--------------|-----------------|
| Similarities | 9 | 37 | Block Design | 16 | 98 |
| Vocabulary | 10 | 50 | Picture Completion | 12 | 75 |
| Comprehension | 10 | 50 | Matrix Reasoning | 9 | 37 |
|  |  |  | (Picture Concepts | 8 | 25) |

| WMI TESTS | | | PSI TESTS | | |
|-----------|---|---|-----------|---|---|
| Digit Span | 5 | 5 | Coding | 13 | 84 |
| Letter Number | 4 | 2 | Symbol Search | 11 | 63 |

## NEUROPSYCHOLOGICAL TEST RESULTS

|  | Percentile Score or Level of Performance |
|---|---|
| **VERBAL ABILITIES** | |
| **Verbal Comprehension** | |
| *WJ-III Understanding Directions* | 33rd percentile |
| *OWLS Listening Comprehension* | 39th percentile |
| **Verbal Production/Expression** | |
| *TLC-E Oral Expression* | 5th percentile |
| *D-KEFS Letter Fluency* | 95th percentile |
| *D-KEFS Category Fluency* | 91st percentile |
| **Verbal Learning and Memory** | |
| *WRAML Story Memory* | 16th percentile |
| *WRAML Sentence Memory* | 37th percentile |
| *Selective Reminding Test* | |
| Long Term Storage | 36th percentile |
| Cumulative Long Term Retrieval | 19th percentile |

Appendix
Re: Plissner, Sarah
Page: 2

## Phonological Awareness, Phonological Memory, and Rapid Naming

| | |
|---|---|
| *CTOPP Phonological Awareness Composite* | 8th percentile |
| Elision | 2nd percentile |
| Blending | 37th percentile |
| *CTOPP Rapid Naming Composite* | 21st percentile |
| Rapid Digit | 25th percentile |
| Rapid Letter | 25th percentile |

## Verbal Reasoning

| | |
|---|---|
| *WJ-III Concept Formation* | 88th percentile |
| *WJ-R Verbal Analogies* | 76th percentile |

## NONVERBAL ABILITIES

### Visual-Spatial, Visual-Motor Integration, Visual Memory

| | | |
|---|---|---|
| *Rey-Osterrieth Complex Figure* | - copy | <20th percentile |
| *Rey-Osterrieth Complex Figure* | - copy | <20th percentile |
| *Developmental Test of Visual-Motor Integration* | | 1st percentile |

## ATTENTION/EXECUTIVE FUNCTIONING

| | |
|---|---|
| *WJ-III Visual Matching* | 47th percentile |
| *Integrated Visual Auditory Continuous Performance Test (IVA)* | |
| Response Control Quotient | 42nd percentile |
| Attention Quotient | 17th percentile |
| *TEA-Ch Creature Counting* | |
| Accuracy Score | 50th percentile |
| Timing Score | 37th percentile |
| *Wisconsin Card Sorting Task (WCST)* | 94th percentile |

## ACHIEVEMENT TEST RESULTS

| Achievement Cluster | Standard Score | Percentile Rank for Age |
|---|---|---|
| ***WJ-III Broad Reading*** | 98 | 46 |
| Letter-Word Identification | 112 | 79 |
| Passage Comprehension | 94 | 34 |
| Word Attack | 98 | 44 |
| Reading Fluency | 94 | 34 |
| | | |
| *TOWRE* | | |
| Sight-Word Efficiency | 85 | 16 |
| Phonemic Decoding Efficiency | 93 | 32 |
| Total | 87 | 19 |
| | | |
| *Gates-MacGinitie Reading Test* | | 58 |



Appendix
Re: Plissner, Sarah
Page: 3

### _WJ-III_ Broad Mathematics

| | | |
|---|---|---|
| **_WJ-III_ Broad Mathematics** | 98 | 45 |
| Calculation | 111 | 76 |
| Applied Problems | 92 | 29 |
| Math Fluency | 95 | 37 |
| | | |
| **_WJ-III_ Broad Written Language** | 113 | 81 |
| Spelling | 110 | 76 |
| Writing Samples | 97 | 41 |
| Writing Fluency | 116 | 86 |

Appendix
Re: Plissner, Sarah
Page: 3

| | | |
|---|---|---|
| _**WJ-III**_ **Broad Mathematics** | 98 | 45 |
| Calculation | 111 | 76 |
| Applied Problems | 92 | 29 |
| Math Fluency | 95 | 37 |
| | | |
| _**WJ-III**_ **Broad Written Language** | 113 | 81 |
| Spelling | 110 | 76 |
| Writing Samples | 97 | 41 |
| Writing Fluency | 116 | 86 |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES**

| MDT |

MDT REFERRAL DATE: _____    MEETING DATE: 5/11/04

STUDENT: Sarah Plissner    SCHOOL: School w/o Walls

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Gail Thomas | Gail Thomas | Counselor |
| Victoria Tyson | Victoria Tyson | History Teacher R_ |
| Jenine Pokorak | Jenine Pokorak | Humanities Teacher |
| SHEILA SCOTT-GATES | S____ ____ts. | COORDINATOR SPED |
| NELSON TONEY | Nelson Toney | RSA - Counselor |
| MOHAMMAD SALEEM | M. Saleem | Math Teacher |
| SARAH Plissner | Sarah Plissner | Student |
| Susan Morrison | Sur Morri_ | Mother |
| Martin Plissner | Martin Plissner | father |

Initial Evaluation
The purpose of today's meeting is to review the assessments completed on Sarah and to determine eligibility for special education services.
Parent's received a copy of the parent procedural safeguards.

Parent Input
Sarah has the ability to do good work. In the 4th grade Sarah was diagnosed with language processing problems. During the 1st advisory at School w/o Walls, parents noticed that something was going on and had her retested.

THE PARENT [X] IS PRESENT [ ] IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT    Sarah

[ ] IS ELIGIBLE FOR SPECIAL EDUCATION

[X] IS NOT ELIGIBLE FOR SPECIAL EDUCATION

Ramonia S. Rich    Ramonia S. Rich    psychologist SES
Rhoda Matthews    Rhoda Mat___    
Sheila Mills Harris    Sheila M Harris    ____pil

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT MEETING NO_

| EXHIBIT |
| 3 |

Sarah is not living up to her potential. She has learned coping skills. Sarah is disorganized and can not retrieve information. For the last 4 yrs. Sarah has had a private tutor. Executive functioning and organization skills are a problem. Grades are impacted by missing assignments. For the last 6 wks Sarah has been on adderall, which seem to be helpful.

## Classroom Observation

Sarah was observed in her Humanities I class. She was on task, engaged and attentive. Her participation was good and she was a group leader, encouraging others to stay on task.

## Teacher Input

Humanities I - Ms. Pokorak

Sarah's organization is a problem. She doesn't always have the material when needed. Sarah clearly has an understanding of her needs and she advocates with her teachers. Getting her work in is the problem.

Ms. Tyson - History

Sarah does all of her homework in this class. The end of 1st advisory Sarah did have issues, but this has not been an issue since then.

## Psychological Eval.

WISC-IV
VIG   98 ss, average    working memory index
PIG   115, above average   digit span   5 borderline } areas of weakness
FS   99 ss, average   letter number 4 intellectual different range

Accuracy & Speed - strength

Woodcock Johnson
Broad Reading   98, average
Broad Math   98, average
Writing   113, above average

Case 1:07-cv-00937-RBW     Document 2-5     Filed 05/21/2007     Page 3 of 4

Based on a review of the psychoeducation evaluation Sara
cognitive and academic skills are in the average range. Ther
is a deficit in her working memory. Overall, Sarah does not
meet the criteria for ~~as~~ a learning disabled student.

Speech/Lang. Eval

Hearing, acuity voice within normal limits. Speech intelligibility is good.

EOWPVT = 96 ss average

PPUT-IIIA = 106 ss high average

CELF-4

　Expressive lang. 105 ss

Core Total             109 ss

Sarah's receptive and expressive vocabulary skills fall in the
average to high average range. Receptive and expressive
language skills are in the solidly average range. Sarah
presents w/ average to above average scores in her overall
oral communication skills. Her performance is not consistent
w/ a speech-lang. impairment. Speech and language therapy
is not warranted or recommended.

Eligibility

Based on a review of all the documentation, the MDT has
determined that Sarah does not meet the criteria for special
education services as a learning disabled student. The team
does recognize that Sarah has ADD, and this impacts on her
organizational skills. A 504 plan will be developed for Sarah.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:

X Initial Evaluation

Initial Placement

Reevaluation

Date _May 11, 2004_

Student _Sarah_   _Plissner_   DOB _10/6/88_

School _School w/o Walls_

Current Disability Category _N/A_

Setting _General Education_

                                                  Change in Category Exit
                                                  Related Service Add
                                                  Related Service
                                                  Change in Placement
                                                  Other _____

Dear _Mr. Plissner ~ Ms. Monson_

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
    Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
X Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
    Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

X Your child is not eligible for special education service(s).

Your child is eligible or continues to be eligible to receive special education services as a student with _____

Your child will begin receiving _____ as a related service(s).

Your child will no longer receive _____ as a related service(s).

Your child's category of disability is being changed from _____ to _____

Your child's alternative placement on continuum (next setting) is being changed,

    from _____ to _____

Your child is no longer eligible and will be exited from the special education program.

Other: _____

**Description and Explanation of agency action proposed or refused.**

Based on a review of the documentation, the following setting is being proposed: In General Ed.

**Description of Other Options Considered and reasons for rejection of each option**

Sarah is ineligible for special education services under IDEA. A 504 plan is more appropriate.

Other relevant factors to the decision- _____

MDT Members:    X Principal or Designee     X General Education Teacher     X Psychologist
                  X Parent                    X Special Education Teacher      Other: _____
                  X Student                    Speech and Language           _____
                  Social Worker             *LEA & Interpreter (*may be one)    _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact _Sheila Scott-Bates_ at _724-3862_ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

DISTRICT OF COLUMIA PUBLIC SCHOOLS
SECTION 504 – ELIGIBILITY

STUDENT IDENTIFICATION
STUDENT _PLISSNER        SARAH_        STUDENT NUMBER _821 33A3_ DOB _10-6-88_
     Last        First        Middle

SCHOOL _School Without Walls_        GRADE _9_        DATE _5-11-04_

INITIAL DETERMINATION _5-11-04_        PERIODIC REEVALUATON _3 years_

**ELIGIBILITY**

| | | |
|---|---|---|
| Does the student have a physical or mental impairment? | Yes ✓ | No ____ |
| Does the student have a record of such impairment? | Yes ✓ | No ____ |
| Is the student regarded (perceived) as having an impairment? | Yes ____ | No ✓ |

Other (Explain) _____

NOTE:     If the student has a disability, then the TAT will develop the Section 504 Plan. The TAT must determine whether the impairment substantially limits a major life activity of the student (i.e., has an effect on school performance which limits the student to such an extent as to require some type of intervention, adaptation or modification.)

How does this impairment substantially limit one or more of the student's major life activities? _Sarah's ADD impacts on her ability to function in school._

What impact does the impairment have on learning? _Sarah's organizational skills and memory impact on her classwor_

The committee has determined that the student _X_ does or _____ does not have a disability under Section 504 of Rehabilitation Act of 1973.

NOTE:     If the student has a disability, then the TAT will develop the Section 504.

The eligibility determination is based on:

- ☐ Medical Information
- ☐ Behavioral Checklist(s)
- ☒ Behavioral Observation(s)
- ☐ Behavioral Management Records
- ☐ Change in Instructional Methods
- ☒ Tests, Records, Reports
  Specify Type, date:

- ☒ Change in Instructional Level
- ☐ Parent Information
- ☒ Academic Tests (SAT, etc.)
- ☒ Current Grades
- ☒ Other Factors

Committee Signatures

_(signature)_
Administrator

_(signature)_        _Martin Plissner, father_

Classroom Teacher        _Susan Morrison, mother_
Parent

_Gail The_        _Tamara S. Lich, ph.o._
Guidance Counselor        Psychologist

                                    Other

                                    _Rhoda Matt, SES_
                                    Other



EXHIBIT
4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SECTION 504 PLAN

Student # _821 3343_          Student _SARAH   PLISSNER._
                                      Last        First        MI

Date _5-11-04_    DOB _10-6-88_    School _School Without Walls_ Grade _9_.

In accordance with DCPS policy, the school will make adaptations or modifications and address
the student's individual needs by:

I.    PHYSICAL ARRANGEMENT OF ROOM:

      ✓   A. seating student near the teacher
      ___ B. seating student near a positive role model
      ___ C standing near the student when giving directions or presenting lessons
      ___ D. avoiding distracting stimuli (air conditioner, high traffic area, etc.)
      ___ E. increasing the distance between the desks
      ___ F. additional adaptations or modifications: _____

II.   LESSON PRESENTATION:

      ✓   A. pairing students to check work          ___ J. providing written outline
      ___ B. writing key points on the board         ___ K. allowing student to tape record lessons
      ___ C. providing peer tutoring                 ___ L. having student review key points orally
      ___ D. providing visual aids                   ___ M. teaching through multisensory modes
      ___ E. providing peer notetaker                ___ N. using computer assisted instruction
      ___ F. making sure directions are understood
      ___ G including a variety of activities during each lesson  ✓ USE OF LAPTOP FOR NOTE
      ✓   H breaking longer presentations into shorter segments    TAKING
      ___ I. additional adaptations or modifications: _____

      _____

III.  ASSIGNMENT/WORKSHEETS:

      ✓   A. giving extra time to complete tasks
      ✓   B. simplifying complex directions
      ___ C. handing worksheets out one at a time
      ___ D. reducing the reading level of the assignments
      ___ E. requiring fewer correct responses to achieve grade
      ___ F. allowing student to tape record assignments/homework
      ___ G. providing a structured routine in writing form
      ___ H. providing study skills training/learning strategies
      ___ I. giving frequent short quizzes and avoiding long tests
      ___ J. shortening assignments; breaking work into smaller segments
      ___ K. allowing typewritten or computer printed assignments
      ✓   L. using self-monitoring device   CHECK W/ SPED TEACHER DAILY.
      ___ M. reducing homework
      ___ N. not grading handwriting
      ___ O. additional adaptations or modifications: _____

      ✓   E-MAIL HOMEWORK  ASSIGNMENTS DAILY/WEEKLY.

      —

IV.    TEST TAKING:

___ A. allowing open book exams
___ B. giving exam orally
___ C. giving take-home tests
___ D. using more objective items (fewer essay responses)
___ E. allowing student to give test answers on tape recorder
___ F. giving frequent short quizzes, not long exams
___ G. allowing extra time for exam
___ H  reading test item to student
___ I. additional adaptations or modifications: _____

V.    ORGANIZATION:

✓ A. providing peer assistance with organizational skills
___ B. assigning volunteer homework buddy
✓ C. allowing student to have an extra set of books at home
✓ D. sending daily/weekly progress reports home
✓ E. developing a reward system for in-school work and homework completion
✓ F. providing student with a homework assignment notebook
___ G. additional adaptations or modifications: _____

VI.    BEHAVIORS:

___ A. praising specific behaviors
___ B. using self-monitoring strategies
___ C. giving extra privileges and rewards
___ D. keeping classroom rules simple and clear
___ E. making "prudent use" of negative consequences
___ F. allowing for short breaks between assignments
___ G. cueing student to stay on task (nonverbal signal)
___ H. marking student's correct answers, not his/her mistakes
___ I. implementing a classroom behavior management system
___ J. allowing student time out of seat to run errands, etc.
___ K. ignoring inappropriate behaviors not drastically outside classroom limits
___ L. allowing legitimate movement
___ M. contracting with the student
___ N. increasing the immediacy of rewards
___ O. implementing time-out procedures
___ P. additional adaptations or modifications: _____

VII.    DEDICATED AIDE

VIII.    TRANSPORTATION

___ A. medical reports document that the student has a physical disability and/or health
condition that is sufficiently severe to prevent the student from walking to school
independently.
___ B. medical reports document that the student has a physical disability and/or severe health
condition that prevents him/her from walking to school.
Documentation source _____
___ C. a documented cognitive disability that is sufficiently severe to prevent the student from
walking to school independently.
Documentation source _____
___ D. additional situations

IX.    COMPUTER/ASSISTIVE TECHNOLOGY

___ Software
___ Equipment

X.    SPECIAL CONSIDERATIONS:

___ A. suggesting parenting program(s)
___ B. monitoring student closely on field trip involvement
___ C. in servicing teacher(s) on child's disability counseling
___ D. providing social skills group experiences
___ E. developing intervention strategies for transitional periods (e.g., cafeteria, physical education etc.)
___ F. alerting bus driver
___ G. suggesting agency
___ H. providing group/individual
___ I. making physical accessibility related modifications
___ J. additional considerations

MEDICATION

Name of physician: Dr. Joe Hachsbovy    phone: _____
Medication(s): Adderol _____    Schedule: once daily - morning
_____    Schedule: _____
Monitoring of medication(s): ✓    ___ daily ___ weekly _____ as needed basis
Administered by: parent _____

TAT Signatures:

_____    _____
Principal or Designee    Psychologist

_____    _____
Parents    Guidance Counselor

_____
Teacher

_____    _____
Teacher    Other

**CONFIDENTIAL**

**Student: Sarah Plissner**          **504 PLAN**          **Plan Date: May 1, 2004**

**Reading: SS, 98**          **Math: SS, 98**          **Writing:  SS, 81**

*<u>Accommodations/Modifications</u>*
Extended time on classroom quizzes and exams, as well as standardized tests
Allow Sarah to use electronic keyboard for writing in class
Guided notes/ access to teacher outlines of lecture material
Use of books on tape and/or electronic reader
Break long-term projects into smaller segments with short-term deadlines and the provision of
time frames, sequences, and feedback for each segment
Minimize distractions in the classroom by providing preferential seating at the front of the room
Allow two sets of textbooks – one for home and one for school
Monitor work production and help ensure that she is adequately planning her projects
Provide as much cognitive structure as possible-even if she does not ask for it.
Weekly progress report

*SUMMARY OF PSYCHOLOGICAL EVALUATION*
The evaluation revealed that Sarah possesses above average skills in cognitive and academic
functioning. Sarah faces academic challenges due to ADHD-Predominantly Inattentive Type and
a Language Disorder.  Sarah's weakness in reading and writing are consistent with a dyslexic
profile and poses academic challenges in language-based academics

In the verbal domain Sarah exhibited weakness in oral sentence construction (sequencing words
for self-expression), weak memory of language, generating strategies to organize unconnected
verbal information for memorization and retrieval

In nonverbal domain, Sarah had trouble on tasks that required a self-guided approach to
evaluating multiple sources of spatial information, she also displayed weak manual dexterity and
speed and below average visual-motor integration, which underlies her somewhat messy
penmanship.

Overall Sarah academic skills are in the average range, however she continues to have significant
language weaknesses that are associated with language-based disabilities, which indicate that
reading writing and aspects of math will be difficult for her, and without intervention and
accommodations, her academic performance will be significantly compromised by these
language weaknesses.

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## LETTER OF UNDERSTANDING
### Senior High School Graduation Requirements

Student's Name: _Turner, Sarah_

Student ID Number: _821234?_

| High School | Career/College Goal | Date of Birth | Sex |

| Address | | Telephone Number | Section |

| Subjects Required | Carnegie Units Required | Carnegie Units To Date | Carnegie Units Needed | Courses Scheduled |
|---|---|---|---|---|
| English | 4 | 3 | 1 | Hum. 4 |
| Foreign Language | 2 | Language | Waived | |
| History and Government of the District of Columbia | 5 | 0 | 1/2 | DC Hov |
| World History | 1 | 1 | 0 | |
| World Geography | 5 | 1/2 | 0 | |
| U.S. History | 1 | 1 | 0 | |
| U.S. Government | 5 | 0 | 1/2 | Gov. |
| Mathematics (Including Elementary Algebra or its Equivalent) | 3 | 3 | 0 | |
| Science (Including one year of a lab science) | 3 | 2 | 1 | |
| Health and Physical Education | 1.5 | 1 | 1/2 | PE |
| Art | 5 | 1/2 | 0 | |
| Music | 5 | 0 | 1/2 | Music |
| Career/Vocational Education | 1 | 1 | 0 | |
| Electives | 4.5 | 4 | 1/2 | |
| TOTAL CARNEGIE UNITS | | | | |
| Community Service | Required 100 hrs | Earned ____ hrs. | Needed ____ hrs. | Am. Studies; Interim Philosophy; Media Studio Computer; Work Dynamic Video; Pottery II |

**EXHIBIT 5**

I hereby certify that I have had a conference with my counselor in reference to the total number of credits I have earned from the ninth grade to the present. We have also discussed subjects I will need in order to complete my high school education and pursue a work career or further study after graduation from high school.

# DISTRICT OF COLUMBIA
# PUBLIC SCHOOLS
*Clifford B. Janey*

## Transcript

**School Name:** School WW High School
**School Address:** 2130 G Street NW
Washington, DC    20032

**School Number:** 466

**School Phone:** 202-724-4889
**School Fax:** 202-724-5579
**Principal:** Richard Trootsch
**CEEB Number:**
**Date Printed:** 01/24/2007

**Student Name:** Sarah M. Plissner
**Student Address:** 2640 Woodley Pl NW
Washington, DC 20008
**Student Phone:** 202-462-7615

**Student ID:** 8213343
**Date Of Birth:** 10/06/1988
**Gender:** Female

**Parent/Guardian Name(s):**

**Diploma:** DCPS
**Graduation Date:**
**Credits Earned:** 19
**Cumulative GPA:** 2.32
**Class Rank:** of

| Course | Course Title | Mod | Mark | Cred Earn | Course | Course Title | Mod | Mark | Cred Earn | Course | Course Title | Mod | Mark | Cred Earn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sch Yr: 2003-2004    Gr: 09** | | | | | **Sch Yr: 2006-2007    Gr: 12** | | | | | | Electives earned | | | 5 |
| E50 | Humanities I | | D | 1.00 | | **COURSES IN PROGRESS** | | | | | Current | | | 0 |
| H23 | World Geography | | B | 0.50 | A05 | Art and Design Founda | | | .5 | | | | | 5 |
| H36 | World History | | B | 1.00 | E53 | Humanities-Step IV | | | 1 | | College Course | | | |
| M21 | Algebra I | | C | 1.00 | E65 | Writing Research Skills | | | | | | | | |
| P19 | Hlth & Pe 9 | | B | 0.50 | E81 | Film Studies | | | .5 | | 3 Math | | | |
| Q65 | Photo Journ I | | B | 1.00 | H51 | American Government | | | .5 | | 3 Science | | | |
| S21 | Biology I | | A | 1.00 | P41 | Individual Sports II | | | | | Exempt from Foreign Language | | | |
| **Curr GPA:** 2.67 **Total:** 6.00 | | | | | S41 | Physics I | | | 1 | | | | | |
| **Days Abs:** 0 **Pres:** 360 | | | | | U14 | From Bach to Rap | | | .5 | | | | | |
| **Sch Yr: 2004-2005    Gr: 10** | | | | | | | | | | | | | | |
| A14 | Pottery I | | A | 0.50 | | | | | | | | | | |
| E51 | Humanities II | | C | 1.00 | | | | | | | | | | |
| H46AS | Amer Studies | | C | 1.00 | | | | | | | | | | |
| H89 | Seminar Philoso | | B | 0.50 | | | | | | | | | | |
| INT COMP | Intro To Comput | | C | 0.50 | | | | | | | | | | |
| M31 | Geometry | | B | 1.00 | | | | | | | | | | |
| **Sch Yr: 2005-2006    Gr: 11** | | | | | | | | | | | | | | |
| A50 | Video Production | | A | 0.50 | | | | | | | | | | |
| B35 | Business Mathematics | | D | 0.50 | | | | | | | | | | |
| A15 | *** | | A | 0.50 | | | | | | | | | | |
| B75 | Work Dynamics | | A | 0.50 | | | | | | | | | | |
| E25 | Library Media Studies | | B | 0.50 | | | | | | | | | | |
| E52F | Humanities-Step III | | C | 1.00 | | | | | | | | | | |
| H46 | United States History | | C | 1.00 | | | | | | | | | | |
| M41 | Algebra II & Trigonome | | D | 1.00 | | | | | | | | | | |
| W14 | On-the Job Training I | | C | 1.50 | | | | | | | | | | |
| **Curr GPA:** 2.58 **Total:** 6 | | | | | | | | | | | | | | |
| **Days Abs:** **Pres:** 177 | | | | | | | | | | | | | | |
| **Curr GPA:** 2.29 **Total:** 7.00 | | | | | | | | | | | | | | |
| **Days Abs:** 14.5 **Pres:** 166.5 | | | | | | | | | | | | | | |

**Mark Scale:** A  94-100
B  85-93
C  75-84
D  65-74
F  0-64

**Community Service Hours Required:** 100
Earned: 0
Needed: 100

**Transcript is unofficial unless signed:**

_____
School Official

Legend: *      Honors course (+0.5 pts)
**    AP course (+1.0 pts)
***   IB course (+1.0 pts)
+     Course excluded from GPA
++    Course is non-credit course
(School course was taken)

EXHIBIT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
LETTER OF UNDERSTANDING
Senior High School Graduation Requirements

Plissner, Sarah

Student's Name

| | | |
|---|---|---|
| School Without Walls | Bio Photography | 8213343 |
| High School | Career/College Goal | Student ID Number |
| | | 10/15/86   F |
| | | Date of Birth   Sex |
| 2650 Woodley Place | 2/462-7615 | 9th |
| Address | Telephone Number | Section |

| Subjects Required | Carnegie Units Required | Carnegie Units To Date | Carnegie Units Needed | Courses Scheduled |
|---|---|---|---|---|
| English | 4 | 1 | 3 | 2 |
| Foreign Language | 2 | 0 | 2 | Spanish I (French) |
| History and Government of the District of Columbia | 5 | 0 | 1 1/2 | |
| World History | 1 | 1 | 0 | — |
| World Geography | .5 | 1/2 | 0 | — |
| U.S. History | 1 | 0 | 1 | History |
| U.S. Government | .5 | 0 | 1/2 | |
| Mathematics (including Algebra I or its Equivalent) | 3 | 1 | 2 | Geometry |
| Science (including one year of a lab science) | 3 | 1 | 2 | Biology |
| Health and Physical Education | 1.5 | 0 | 1 1/2 | PE & Health |
| Art | .5 | 0 | 1/2 | Art |
| Music | .5 | 0 | 1/2 | Music |
| Career/Vocational Education | 1 | 1 | 0 | |
| Electives | 4.5 | | | |
| TOTAL CARNEGIE UNITS | 23.5 | | | |

| Community Service | Required 200 hrs | Earned ____ hrs. | Needed ____ hrs. | |
|---|---|---|---|---|

**STANFORD ACHIEVEMENT TEST – 9th Edition**
(Spring Testing)                    OR

Proficiency Level:   B(Basic)   P(Proficient)   A(Advanced)

9th Grade   Reading _____ Date _____   Mathematics _____ Date _____

10th Grade   Reading _____ Date _____   Mathematics _____ Date _____

11th Grade   Reading _____ Date _____   Mathematics _____ Date _____

12th Grade   Reading _____ Date _____   Mathematics _____ Date _____

**PROFICIENCY EXAMINATION**

Photo Journal 100

Score ____ Date ____

Score ____ Date ____

Score ____ Date ____

I hereby certify that I have had a conference with my counselor in reference to the total number of credits I have earned from the ninth grade to the present. We have also discussed the required courses and the state assessment instrument I will need to complete my high school education.

Sarah Plissner
Signature of Student

Dan Monson
Signature of Parent/Guardian

Paul Thomas
Signature of Counselor

2/10/04
Date

_____
Date

_____
Date

**District Law 1-75 lowered the age of majority from 21 to 18 years of age thus permitting students 18 and over to sign their own Letter of Understanding in lieu of a parent or guardian.

This form must be signed and returned to the counselor.

Cumulative File (White) · Parent's Copy (Yellow) · Student's Copy ( Pink)

Revised 9/00

**EXHIBIT**
7



# District of Columbia Public Schools
## School WW High School

03/23/2007

### Report to Parents on Student Progress

Student Name: **Plissner, Sarah**
Student ID: **8213343**

For the advisory ending on:
Grade: **12**   Homeroom:

**Mar 23, 2007**
**HITRI / Hitri, Ana**

| Course | Sec | Course Title | Adv 1 | Adv 2 | Adv 3 | Adv 4 | Exam | Final | Credit Earned |
|--------|-----|--------------|-------|-------|-------|-------|------|-------|---------------|
| **AA8** | 08 | Citizenship<br>Hitri, Ana | | | | | | | curr abs: 4<br>YTD abs: 15 |
| | | Excellent Behavior | | | | | | | |
| E53 | 01 | Humanities-Step IV<br>Ismail, Edward | C | C | C | | | | curr abs: 2<br>YTD abs: 10 |
| | | Excellent Behavior | | | | | | | |
| S41 | 03 | Physics I<br>Butler, Charles | C | B | B | | | | curr abs: 1<br>YTD abs: 5 |
| E65 | 01 | Writing Research Skills<br>Vollin, Sharon | L | W | | | | | curr abs: 0<br>YTD abs: 2 |
| E91 | 01 | Film Studies<br>Briggs, Ginea | | | W | | | | curr abs: 0<br>YTD abs: 0 |
| H51 | 02 | American Government<br>Tyson, Victoria | C | C | | | | C | 0.5<br>curr abs: 0<br>YTD abs: 2 |
| | | Needs More Study | | | | | | | |
| A05 | 01 | Art and Design Foundations<br>Stenstrom, Ruth | A | A | | | A | A | 0.5<br>curr abs: 0<br>YTD abs: 0 |
| U14 | 01 | From Bach to Rap<br>Moten, Joan | B | A | | | | A | 0.5<br>curr abs: 0<br>YTD abs: 5 |
| | | Excellent Initiative | | | | | | | |
| H21 | 03 | D.C. History and Government<br>Tyson, Victoria | | | D | | | | curr abs: 0<br>YTD abs: 0 |
| | | Does Not Bring Materials; Good Participation | | | | | | | |
| P41 | 01 | Individual Sports II<br>Huff, Michael | | | B | | | | curr abs: 1<br>YTD abs: 1 |

| Homeroom Absences | Current | Total: | 2.5 | Excused: | 2 | Unexcused: | .5 | Tardy: | 0 |
|-------------------|---------|--------|-----|----------|---|------------|----|--------|---|
| | YTD | | 10.5 | | 10 | | .5 | | 2 |

Sarah Plissner
2640 Woodley Pl NW
Washington, DC  20008

EXHIBIT
tabbies
8