UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           :
**MARTIN PLISSNER, et al.,**               :
                                           :
    **Plaintiffs**         :
                                           :
    **v.**                : Civ. Action No. 07-937(RBW)
                                           :
**DISTRICT OF COLUMBIA, et al.**           :
                                           :
    **Defendants.**       :
_____:

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6(a) of the Local Rules, I hereby enter my appearance as lead attorney for the District of Columbia in the above captioned case.

    Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**May 23, 2007**