## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

S.P., *et al*.,

      Plaintiffs,

      v.

DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

**Civil Action No. 07-cv-937 (RW)**

## CONSENT MOTION RESET HEARING

The parties respectfully request that this Court reset the hearing in this matter to June 5, 2007, at a time to be determined by the Court.  The parties also agree that defendants shal have until noon on June 4, 2007 to file their response.  The grounds for this motion appear in the accompanying Memorandum of Points and Authorities and accompanying exhibits.

WHEREFORE, the parties  respectfully request that this motion be granted.

Respectfully Submitted,


_____/s/_____

Michael J. Eig   #912733
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, MD 20815
(301) 657-1740

/s/ Veronica A.Porter
Veronica A. Porter
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
 (202) 442-9842

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

S.P., *et al.*,

     Plaintiffs,

     v.

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

**Civil Action No. 07-cv-937 (RW)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT CONSENT**
**MOTION RESET HEARING**

     Rule 6 of the Federal Rules of Civil Procedure allows the Court to establish times for hearings and submissions of pleadings.  The parties request that the Court adopt their agreed upon schedule.

                      Respectfully Submitted,

                     /s/

                     Michael J. Eig   #912733
                     Michael J. Eig and Associates, P.C.
                     5454 Wisconsin Avenue
                     Suite 760
                     Chevy Chase, MD 20815
                     (301) 657-1740

                     /s/ Veronica A.Porter
                     Veronica A. Porter
                     Senior Litigation Counsel
                     441 4th Street, N.W.
                     Sixth Floor North
                     Washington, DC 20001
                     (202) 442-9842

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| S.P., *et al.*, | |
| Plaintiffs, | |
| v. | **Civil Action No. 07-cv-937 (RW)** |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**ORDER**

Upon consideration of the Consent Motion to Reset the Hearing, it is by the Court this

_____ day of **May, 2007**, hereby

ORDERED, that the hearing in the case be set for June 5, 2007 at a time to be set by the

Court and that defendants shall have until June 4, 2007 to file their response to plaintiffs' motion.

_____
United States District Judge