IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 07-937 (RBW) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, please dismiss the case with prejudice.

Respectfully Submitted,

_____/s/_____
Michael J. Eig       #912733
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, MD 20815
(301) 657-1740
Counsel for Plaintiffs


_____/s/_____
Veronica Porter
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Washington, DC 20001
202 724 6651
Counsel for Defendants